# EXHIBIT A



AIPLA 2021

Report of the Economic Survey

Prepared Under Direction of the
American Intellectual Property Law Association
Law Practice Management Committee

American Intellectual
Property Law Association
1400 Crystal Drive, Suite 600
Arlington, VA 22202

www.aipla.org



# Report of the Economic Survey 2021

Prepared Under Direction of the
American Intellectual Property Law Association
Law Practice Management Committee

Arlene Neal, Chair

September 2021

Prepared by:



**Association Research, Inc.**

10097 Tyler Court, Suite 3 ■ Ijamsville, Maryland 21754
TEL: (240) 268-1262 ■ ARI@associationresearch.com

# AIPLA Law Practice Management 2021 Economic Survey Participants

We would like to thank those who helped put together and review this year's AIPLA Economic Survey:

Arlene Neal: Neal Bilbo, LLC — Chair of LPM Committee

Nicholas Camillo: Finnegan — Vice Chair of LPM Committee

Ryan Dean: Umberg Zipser, LLP, Co-Chair — Economic Survey Subcommittee

John Gorecki: Anderson Gorecki, LLP, Co-Chair — Economic Survey Subcommittee

Anthony Venturino: Vorys Sater Seymour and Pease, LLP — Board Liaison

---

Economic Survey Subcommittee Members:

Ryan Dean: Umberg Zipser, LLP — Co-Chair

John Gorecki: Anderson Gorecki, LLP — Co-Chair

Ashraf Abdul-Mohsen: ARI

Megan Kirkegaard: ARI

Kaitlin Drake: AIPLA

Meghan Donohoe: AIPLA

---

©2021 American Intellectual Property Law Association

All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by an information storage and retrieval system, without permission in writing from the publisher.

Provided Digitally to Members Complimentary
Printed Copies of this report are available from AIPLA at a cost of $75 per copy for members and $495 per copy for non-members.

American Intellectual Property Law Association
1400 Crystal Drive, Suite 600
Arlington VA 22202
(703) 415-0780
www.aipla.org

## Average Hourly Billing Rate (P. I-49, Q33)
Private Firm, Partner-Track Attorney
*By Years of IP Experience*



| | Fewer than 5 | 5-6 | 7-9 | 10-14 | 15-24 | All Individuals |
|---|---|---|---|---|---|---|
| 3rd Quartile | $443 | $421 | $515 | $550 | $450 | $500 |
| Median | $340 | $308 | $390 | $425 | $385 | $390 |
| Mean | $375 | $338 | $446 | $490 | $412 | $432 |
| 1st Quartile | $263 | $267 | $329 | $320 | $335 | $320 |

## Dollar Amount Billed for Legal Services Performed in 2020 (P. I-52, Q30)
Private Firm, Partner-Track Attorney
*By Years of IP Experience*



| | Fewer than 5 | 5-6 | 7-9 | 10-14 | 15-24 | All Individuals |
|---|---|---|---|---|---|---|
| 3rd Quartile | $542,500 | $593,750 | $730,000 | $696,691 | $775,000 | $701,000 |
| Median | $300,000 | $437,500 | $600,000 | $570,000 | $667,500 | $540,000 |
| Mean | $373,835 | $462,500 | $636,650 | $722,372 | $609,439 | $602,282 |
| 1st Quartile | $197,258 | $356,250 | $450,000 | $446,250 | $400,000 | $405,000 |

AIPLA Report of the Economic Survey 2021

## 2020 Billable Hours (P. I-36, Q32)
### Private Firm, Equity Partner
*By Years of IP Experience*



|  | 7-9 | 10-14 | 15-24 | 25-34 | 35 or More | All Individuals |
|---|---|---|---|---|---|---|
| 3rd Quartile | 2,235 | 2,000 | 1,800 | 1,763 | 1,575 | 1,800 |
| Median | 1,800 | 1,650 | 1,500 | 1,450 | 1,300 | 1,500 |
| Mean | 1,914 | 1,662 | 1,534 | 1,357 | 1,282 | 1,465 |
| 1st Quartile | 1,650 | 1,300 | 1,149 | 1,000 | 1,025 | 1,100 |

## Average Hourly Billing Rate (P. I-37, Q33)
### Private Firm, Equity Partner
*By Years of IP Experience*



|  | 7-9 | 10-14 | 15-24 | 25-34 | 35 or More | All Individuals |
|---|---|---|---|---|---|---|
| 3rd Quartile | $401 | $625 | $614 | $680 | $855 | $650 |
| Median | $375 | $480 | $495 | $530 | $593 | $500 |
| Mean | $372 | $545 | $532 | $577 | $648 | $558 |
| 1st Quartile | $290 | $395 | $398 | $424 | $450 | $400 |

25

## Total Costs: Litigation-Patent Infringement, All Varieties by Location

### Litigation-Patent Infringement, All Varieties <$1M Initial case management (000s) by Location (Q45Aa)

| | | Location | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 48 | 2 | 5 | 2 | 3 | 3 | 5 | 3 | 1 | 1 | 9 | 4 | 3 | 3 | 4 |
| Mean (Average) | $57 | ISD | $34 | ISD | $75 | $53 | $33 | $37 | ISD | ISD | $56 | $63 | $75 | $118 | $51 |
| 10th Percentile 10% | $6 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $21 | ISD | $10 | ISD | ISD | ISD | $8 | ISD | ISD | ISD | $25 | $31 | ISD | ISD | $10 |
| Median (Midpoint) | $50 | ISD | $25 | ISD | $50 | $50 | $25 | $25 | ISD | ISD | $50 | $63 | $75 | $150 | $50 |
| Third Quartile 75% | $75 | ISD | $63 | ISD | ISD | ISD | $63 | ISD | ISD | ISD | $75 | $94 | ISD | ISD | $94 |
| 90th Percentile 90% | $150 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

### Litigation-Patent Infringement, All Varieties <$1M Inclusive of discovery, motions, and claim construction (000s) by Location (Q45Ab)

| | | Location | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 45 | 2 | 5 | 1 | 3 | 3 | 6 | 2 | 1 | 1 | 8 | 4 | 3 | 2 | 4 |
| Mean (Average) | $369 | ISD | $520 | ISD | $542 | $317 | $283 | ISD | ISD | ISD | $344 | $250 | $400 | ISD | $413 |
| 10th Percentile 10% | $100 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $175 | ISD | $350 | ISD | ISD | ISD | $193 | ISD | ISD | ISD | $213 | $150 | ISD | ISD | $113 |
| Median (Midpoint) | $300 | ISD | $550 | ISD | $500 | $300 | $288 | ISD | ISD | ISD | $300 | $175 | $400 | ISD | $275 |
| Third Quartile 75% | $500 | ISD | $675 | ISD | ISD | ISD | $388 | ISD | ISD | ISD | $475 | $425 | ISD | ISD | $850 |
| 90th Percentile 90% | $690 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

### Litigation-Patent Infringement, All Varieties <$1M Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (000s) by Location (Q45Ac)

| | | Location | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 46 | 2 | 5 | 1 | 4 | 3 | 6 | 3 | 2 | 1 | 7 | 4 | 3 | 2 | 3 |
| Mean (Average) | $771 | ISD | $896 | ISD | $1,138 | $967 | $553 | $992 | ISD | ISD | $600 | $438 | $900 | ISD | $1,400 |
| 10th Percentile 10% | $193 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $338 | ISD | $565 | ISD | $250 | ISD | $380 | ISD | ISD | ISD | $350 | $200 | ISD | ISD | ISD |
| Median (Midpoint) | $675 | ISD | $850 | ISD | $725 | $750 | $650 | $300 | ISD | ISD | $700 | $275 | $900 | ISD | $900 |
| Third Quartile 75% | $900 | ISD | $1,250 | ISD | $2,438 | ISD | $750 | ISD | ISD | ISD | $750 | $838 | ISD | ISD | ISD |
| 90th Percentile 90% | $1,650 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

## Total Costs: Post-Grant Proceedings: by Technology - Mechanical by Location

### PGR/IPR Through filing petition (000s) by Location (Q46Ai)

| | | Location | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 35 | 1 | 0 | 1 | 6 | 1 | 1 | 0 | 1 | 4 | 8 | 4 | 4 | 2 | 2 |
| Mean (Average) | $134 | ISD | ISD | ISD | $121 | ISD | ISD | ISD | ISD | $126 | $134 | $89 | $175 | ISD | ISD |
| 10th Percentile 10% | $56 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $90 | ISD | ISD | ISD | $69 | ISD | ISD | ISD | ISD | $106 | $74 | $71 | $125 | ISD | ISD |
| Median (Midpoint) | $120 | ISD | ISD | ISD | $125 | ISD | ISD | ISD | ISD | $128 | $125 | $95 | $200 | ISD | ISD |
| Third Quartile 75% | $175 | ISD | ISD | ISD | $163 | ISD | ISD | ISD | ISD | $145 | $174 | $100 | $200 | ISD | ISD |
| 90th Percentile 90% | $220 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

### PGR/IPR Through end of motion practice (000s) by Location (Q46Aii)

| | | Location | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 29 | 1 | 0 | 1 | 5 | 1 | 1 | 0 | 1 | 4 | 3 | 4 | 4 | 2 | 2 |
| Mean (Average) | $292 | ISD | ISD | ISD | $234 | ISD | ISD | ISD | ISD | $315 | $292 | $205 | $300 | ISD | ISD |
| 10th Percentile 10% | $80 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $200 | ISD | $108 | $150 | ISD | ISD |
| First Quartile 25% | $195 | ISD | ISD | ISD | $175 | ISD | ISD | ISD | ISD | $300 | $300 | $195 | $375 | ISD | ISD |
| Median (Midpoint) | $270 | ISD | ISD | ISD | $250 | ISD | ISD | ISD | ISD | $445 | ISD | $313 | $375 | ISD | ISD |
| Third Quartile 75% | $375 | ISD | ISD | ISD | $285 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| 90th Percentile 90% | $425 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

### PGR/IPR Through PTAB hearing (000s) by Location (Q46Aiii)

| | | Location | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 31 | 1 | 0 | 0 | 6 | 1 | 1 | 0 | 1 | 4 | 5 | 4 | 4 | 2 | 2 |
| Mean (Average) | $385 | ISD | ISD | ISD | $303 | ISD | ISD | ISD | ISD | $440 | $400 | $266 | $375 | ISD | ISD |
| 10th Percentile 10% | $80 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $300 | ISD | ISD | ISD | $250 | ISD | ISD | ISD | ISD | $325 | $350 | $110 | $175 | ISD | ISD |
| Median (Midpoint) | $350 | ISD | ISD | ISD | $335 | ISD | ISD | ISD | ISD | $450 | $375 | $295 | $475 | ISD | ISD |
| Third Quartile 75% | $475 | ISD | ISD | ISD | $363 | ISD | ISD | ISD | ISD | $545 | $463 | $394 | $475 | ISD | ISD |
| 90th Percentile 90% | $520 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |