# EXHIBIT B

**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

NEW YORK, NY
WASHINGTON, DC
LOS ANGELES, CA
HOUSTON, TX
AUSTIN, TX
STAMFORD, CT
BRUSSELS, BE

AFFILIATE OFFICE
MUMBAI, INDIA

**ONE JEFFERSON ROAD**
**PARSIPPANY, NJ 07054**

(973) 503-5900

FACSIMILE
(973) 503-5950
www.kelleydrye.com

MICHAEL J. ZINNA
DIRECT LINE: (973) 503-5964
EMAIL: mzinna@kelleydrye.com

CONFIDENTIAL – SUBJECT TO FED. R. EVID. 408

November 23, 2021

**VIA FEDERAL EXPRESS**

Rod K. Mayer
President and CEO
Nextremity Solutions, Inc.
1195 Polk Drive
Warsaw, IN 46582

      Re: <u>Infringement of U.S. Patent No. 8,303,589</u>

Dear Mr. Mayer:

      We represent Extremity Medical LLC ("XM") in intellectual property matters. XM is developing next generation products to address the challenging needs of surgeons specific to treating the distal extremities, including the hand, wrist, foot and ankle. The company has obtained over 20 patents on its inventions in the United States, and several others in foreign countries. One of XM's patents is U.S. Patent No. 8,303,589 ("the '589 Patent"), entitled "Fixation System, an Intramedullary Fixation Assembly and Method of Use." A copy of the '589 Patent is attached as Exhibit A.

      The InCore Lapidus System ("the InCore System") has recently come to our attention, and appears to infringe the '589 Patent. Attached as Exhibit B is a claim chart comparing Claim 59 of the '589 Patent to the information disclosed in the "InCore Lapidus System Precision Guided Correction Surgical Technique" Guide (Rev. 03). As indicated in this chart, the InCore System contains all of the elements recited in Claim 59, and is therefore infringing at least this claim. Consequently, we hereby notify you that the use, sale, offer for sale, and manufacture in the United States, and importation into the United States, of the InCore System constitutes infringement of the '589 Patent.

      XM would prefer to resolve this matter amicably. If you share this desire, Nextremity must take the following steps immediately:

**KELLEY DRYE & WARREN LLP**

Mr. Rod K. Mayer
November 23, 2021
Page Two

(i) Cease all marketing and sales of the InCore System;

(ii) Direct any third parties selling or distributing the InCore System on your behalf to cease selling and distributing the InCore System;

(iii) Destroy all inventory of, and cancel any pending orders for, the InCore System;

(iv) Provide us with an accounting of units sold and revenue received by you through sales of the InCore System; and

(v) Provide written confirmation that you have taken the above actions.

Alternatively, XM would be open to discussing a business arrangement that would be beneficial to both parties, but your continued sale of the InCore System absent such an arrangement will not be tolerated. We look forward to receiving your response no later than December 16, 2021.

XM reserves all of its rights in law and equity.

Sincerely,

Michael J. Zinna

Enclosures