# EXHIBIT C



**Victor Cardona**
*victor.cardona@hrfmlaw.com*

January 7, 2022

**Via Email Only:** mzinna@kelleydrye.com

Kelley Drye & Warren LLP
Attn.: Michael J. Zinna
One Jefferson Road
Parsippany, NJ 07054

   RE: U.S. Patent No. 8,303,589

Dear Mr. Zinna,

  I am writing as a follow up to my letter to you of December 15, 2021, and your letter to Rod Mayer of Nextremity Solutions, Inc. of November 23, 2021.

  We have reviewed your letter and U.S. Patent No. 8,303,589 ("the '589 patent"), along with the prosecution history of this patent and various uncited prior art references.

  We disagree that Nextremity Solutions, Inc.'s InCore Lapidus System ("Incore System") infringes claim 59 of the '589 patent. The InCore System does not include every limitation in claim 59, including at least a second member having "first and second circumferentially spaced recesses adapted for coupling to said instrument."

  As indicated, we reviewed the prosecution history of the '589 patent; and claim 59 was allowed based on a combination of previous claims 158 and 170. The inclusion of the subject matter of claim 170 into claim 158 in response to an Office Action indicating allowability of the subject matter therein was an admission that the limitations of claim 158 were taught by the prior art of record before the Office. Further, the U.S. Patent Office did not consider various instances of relevant prior art which would make claim 59 invalid, including U.S. Patent Nos. 8,353,910, 6,579,293, 5,779,705, 4,622,959, 5,352,228, and 8,211,107. Although the Patent Office considered previous claim 170 to be allowable, the Office failed to consider at least these prior art references which disclose all the limitations recited in claim 59, including a "second member comprising first and second circumferentially spaced recesses adapted for coupling to said instrument."

  Thus, we cannot agree with your client's allegation of infringement of the InCore System. As indicated, the indicated claim would not read on the InCore System, and further, at least the above-described prior art patents not considered would render patent '589 invalid. If necessary, we will institute an inter partes review to challenge the validity of the '589 Patent.

Kelley Drye & Warren LLP
Attn.: Michael J. Zinna
January 7, 2022
Page 2 of 2

Accordingly, we consider this matter closed.

*This letter does not purport to set forth a complete statement of all relevant facts, laws, defenses or remedies. Further, nothing herein is intended to waive any right, remedy or lawful course of action of our client, all of which we hereby expressly reserve.*

Very truly yours,

**HESLIN ROTHENBERG FARLEY & MESITI P.C.**

Victor Cardona

VAC/jff

**Brett Hutton**

| | |
|---|---|
| **From:** | JoAnn F. Farina |
| **Sent:** | Monday, January 10, 2022 9:56 AM |
| **To:** | mzinna@kelleydrye.com |
| **Cc:** | Victor Cardona |
| **Subject:** | FW: HRFM ref. no. 3768.091 / U.S. Patent No. 8,303,589 |
| **Attachments:** | Ltr to M. Zinna (H2235294xD16FB).PDF |

Dear Mr. Zinna,

On behalf of Victor Cardona, please see attached correspondence relative to the above-referenced patent.

Please do not hesitate to contact us with any questions or concerns regarding this matter. Thank you.

Best regards,

*JoAnn F. Farina*
*Legal Assistant to Victor Cardona, Esq.*
*Heslin Rothenberg Farley & Mesiti P.C.*



*5 Columbia Circle*
*Albany, New York 12203*
*Telephone: (518) 452-5600*
*Direct Dial: (518) 867-3235*
*E-mail: JoAnn.Farina@hrfmlaw.com*

*Connect with us:*
*Visit our website at: www.hrfmlaw.com*

CONFIDENTIALITY NOTICE
---------------------------------------------------------------------------------
This message and any attachments thereto are confidential and may contain privileged information and are intended only for the identified recipient. Anyone else must not copy, use, store or disseminate it. If you are not the intended recipient, please e-mail it back to the sender and then delete it from your mail system. Thank You. Heslin Rothenberg Farley & Mesiti P.C.
---------------------------------------------------------------------------------

*Please consider the environment before printing this e-mail*