EXHIBIT D - OMITTED