# EXHIBIT K

K1

# Heslin Rothenberg Farley & Mesiti P.C.

5 Columbia Circle
Albany, NY 12203
Telephone (518) 452-5600
Federal I.D. 14-1680097

December 29, 2021

| | | |
|---|---|---|
| Invoice # | 343209 | VAC |
| Our File # | 3768-091 | |
| Billing Through | 11/30/2021 | |

Nextremity Solutions, Inc.
1195 Polk Drive
Warsaw, IN 46582

**FREEDOM TO OPERATE AND OPINION FOR METHOD FOR BONE FUSION USING AN IMPLANT POST**

PROFESSIONAL SERVICES

REDACTED

| 11/29/2021 | Review and respond to emails from R Schlotterback and A Finley regarding Extremity Medical letter. |
|---|---|
| 11/30/2021 | Review of letter from Extremity Medical's attorney regarding cited patent (US 8303589). Review of previous searching, correspondence, notes, and file history. Sent email to R Schlotterback and A Finley regarding same. Review and respond to email from R Schlotterback regarding same. |

FEES
Partner                                                    Hours

REDACTED

Billing Summary

Total Professional Services                                            _____
Total of New Charges for this Invoice

Total Balance Now Due                                                  _____

$1890.00

PAYMENT DUE UPON RECEIPT

# Heslin Rothenberg Farley & Mesiti P.C.

5 Columbia Circle
Albany, NY  12203
Telephone (518)
Federal I.D. 14-1680097

December 03, 2021

579,923

| | | |
|---|---|---|
| Invoice # | 0 | VAC |
| Our File # | 3768-091 | |
| Billing Through | 11/30/2021 | |

Nextremity Solutions, Inc.
1195 Polk Drive
Warsaw, IN  46582

**FREEDOM TO OPERATE AND OPINION FOR METHOD FOR BONE FUSION USING AN IMPLANT POST**

PROFESSIONAL SERVICES

REDACTED

| 11/11/2021 | | Review and respond to email from K Kohart confirming that Freedom to Operate search be ordered. | | | | |
|---|---|---|---|---|---|---|
| Bill | VAC | 11/11/2021 | 0.20 | 0.20 | 420.00 | $84.00 |

| 11/30/2021 | | Review of letter from Extremity Medical's attorney regarding cited patent (US 8303589). Review of previous searching, correspondence, notes, and file history. Sent email to R Schlotterback and A Finley regarding same. Review and respond to email from R Schlotterback regarding same. | | | | |
|---|---|---|---|---|---|---|
| Bill | VAC | 11/30/2021 | 4.30 | 4.30 | 420.00 | $1,806.00 |

FEES
Partner                                                                                                                       Hours

EXPENSES

Billing Summary                                                         REDACTED

Total Professional Services

Total of New Charges for this Invoice

Total Balance Now Due                                                            #1,890

K2

# Heslin Rothenberg Farley & Mesiti P.C.

5 Columbia Circle
Albany, NY 12203
Telephone (518) 452-5600
Federal I.D. 14-1680097

January 31, 2022

| | | |
|---|---|---|
| Invoice # | 344453 | VAC |
| Our File # | 3768-091 | |
| Billing Through | 12/31/2021 | |

Nextremity Solutions, Inc.
1195 Polk Drive
Warsaw, IN 46582

**FREEDOM TO OPERATE AND OPINION FOR METHOD FOR BONE FUSION USING AN IMPLANT POST**

PROFESSIONAL SERVICES

| | |
|---|---|
| 12/01/2021 | Review of Patent '589, file history, Nextremity products, and letter from Extremity. Telephone conversation with Ryan Schlotterback and Adam Finley regarding same. Sent email to patent searcher regarding invalidity searching. Review of results of litigation search. |
| 12/02/2021 | Review and respond to email from searcher relative to invalidity search. Review of emails from A Finley. Sent email to R Schlotterback, A Finley and K Kohart regarding same. Telephone conversation with searcher and sent email to R Schlotterback regarding same. Review and respond to email from R Schlotterback approving search. Email to searcher approving search |
| 12/15/2021 | Review of letter from attorneys for Extremity and preparation of letter in response to same. Review and respond to email from R Schlotterback regarding same. Sent draft letter to R Schlotterback regarding same. Finalized and sent letter to attorney for Extremity. |

FEES

| | | | |
|---|---|---|---|
| Partner | 3.80 | Hours | $1,596.00 |

EXPENSES



Billing Summary

| | |
|---|---|
| Total Professional Services | $1,596.00 |
| Total Expenses Incurred | |
| Total of New Charges for this Invoice | |
| | |
| Total Balance Now Due | |

PAYMENT DUE UPON RECEIPT

# Heslin Rothenberg Farley & Mesiti P.C.

5 Columbia Circle
Albany, NY  12203
Telephone (518)
Federal I.D. 14-1680097

January 06, 2022

581,665

| | |
|---|---|
| Invoice # | 0          VAC |
| Our File # | 3768-091 |
| Billing Through | 12/31/2021 |

Nextremity Solutions, Inc.
1195 Polk Drive
Warsaw, IN  46582

**FREEDOM TO OPERATE AND OPINION FOR METHOD FOR BONE FUSION USING AN IMPLANT POST**

PROFESSIONAL SERVICES

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/01/2021 | Review of Patent '589, file history, Nextremity products, and letter from Extremity. Telephone conversation with Ryan Schlotterback and Adam Finley regarding same.  Sent email to patent searcher regarding invalidity searching.  Review of results of litigation search. | | | | | |
| Bill | VAC | 12/01/2021 | 2.20 | 2.20 | 420.00 | $924.00 |
| 12/02/2021 | Review and respond to email from searcher relative to invalidity search. Review of emails from A Finley.  Sent email to R Schlotterback, A Finley and K Kohart regarding same.  Telephone conversation with searcher and sent email to R Schlotterback regarding same.  Review and respond to email from R Schlotterback approving search.  Email to searcher approving search | | | | | |
| Bill | VAC | 12/02/2021 | 0.90 | 0.90 | 420.00 | $378.00 |
| 12/15/2021 | Review of letter from attorneys for Extremity and preparation of letter in response to same.  Review and respond to email from R Schlotterback regarding same. Sent draft letter to R Schlotterback regarding same.   Finalized and sent letter to to attorney for Extremity. | | | | | |
| Bill | VAC | 12/15/2021 | 0.70 | 0.70 | 420.00 | $294.00 |

FEES
Partner                                                                  3.80        Hours                          $1,596.00

EXPENSES

REDACTED

Billing Summary

Total Professional Services                                                                          $1,596.00

3768          Nextremity Solutions                    Invoice #0                    Page 2


Total Expenses Incurred                                              _____
Total of New Charges for this Invoice


Total Balance Now Due                                                _____
                                                                    ===================

PAYMENT DUE UPON RECEIPT

| VAC | 3.80 | 3.80 | 420.00 | $1,596.00 |
| VAC | 3.80 | 3.80 |        | $1,596.00 |

3

K3

# Heslin Rothenberg Farley & Mesiti P.C.

5 Columbia Circle
Albany, NY 12203
Telephone (518) 452-5600
Federal I.D. 14-1680097

February 28, 2022

|  |  |  |
|---|---|---|
| Invoice # | 345708 | VAC |
| Our File # | 3768-091 | |
| Billing Through | 01/31/2022 | |

Nextremity Solutions, Inc.
1195 Polk Drive
Warsaw, IN 46582

**FREEDOM TO OPERATE AND OPINION FOR METHOD FOR BONE FUSION USING AN IMPLANT POST**

PROFESSIONAL SERVICES

| | |
|---|---|
| 01/04/2022 | Review of Patent '589. |
| 01/05/2022 | Review of invalidity search results relative to allegations by Extremity. |
| 01/06/2022 | Review of letter from attorney from Extremity and cited patent. Review of search results and Preparation of letter to Extremity attorney regarding same. Sent draft letter to R Schlotterback for review. Review and respond to email from R Schlotterback approving letter to Extremity. |
| 01/07/2022 | Finalized and sent letter to attorney for Extremity. |
| 01/10/2022 | Review of letter from attorney for Extremity and sent email to R Schlotterback regarding same. Review and respond to email from R Schlotterback regarding same. |
| 01/11/2022 | Review and respond to emails from R Schlotterback and K Lynch regarding letter to Extremity. |
| 01/13/2022 | Review of file history of US patent 8303589 and related content. Telephone conversation with K Lynch of Zimmer Biomet. Review and respond to email from R Schlotterback regarding same. Review of email from K Lynch and sent email to R Schlotterback regarding same. Review and respond to emails from K Lynch and R Schlotterback. Preparation of letter to extremity contact regarding same. |
| 01/14/2022 | Finalized and sent letter to attorney for Extremity confirming agreement of Zimmer Biomet with previous letter. |

FEES

| | | | |
|---|---|---|---|
| Partner | 7.60 | Hours | $3,192.00 |

Billing Summary

| | |
|---|---|
| Total Professional Services | $3,192.00 |
| Total of New Charges for this Invoice | $3,192.00 |
| Total Balance Now Due | **$3,192.00** |

# Heslin Rothenberg Farley & Mesiti P.C.

5 Columbia Circle
Albany, NY 12203
Telephone (518)
Federal I.D. 14-1680097

February 03, 2022

584,159

| | |
|---|---|
| Invoice # | 0 |
| Our File # | 3768-091 |
| Billing Through | 01/31/2022 |

VAC

Nextremity Solutions, Inc.
1195 Polk Drive
Warsaw, IN 46582

**FREEDOM TO OPERATE AND OPINION FOR METHOD FOR BONE FUSION USING AN IMPLANT POST**

## PROFESSIONAL SERVICES

01/04/2022          Review of Patent '589.
Bill          VAC          01/04/2022          0.20          0.20          420.00          $84.00

01/05/2022          Review of invalidity search results relative to allegations by Extremity.
Bill          VAC          01/05/2022          4.20          4.20          420.00          $1,764.00

01/06/2022          Review of letter from attorney from Extremity and cited patent. Review of search
results and Preparation of letter to Extremity attorney regarding same. Sent draft
letter to R Schlotterback for review. Review and respond to email from R
Schlotterback approving letter to Extremity.
Bill          VAC          01/06/2022          1.50          1.50          420.00          $630.00

01/07/2022          Finalized and sent letter to attorney for Extremity.
Bill          VAC          01/07/2022          0.20          0.20          420.00          $84.00

01/10/2022          Review of letter from attorney for Extremity and sent email to R Schlotterback
regarding same. Review and respond to email from R Schlotterback regarding
same.
Bill          VAC          01/10/2022          0.20          0.20          420.00          $84.00

01/11/2022          Review and respond to emails from R Schlotterback and K Lynch regarding letter
to Extremity.
Bill          VAC          01/11/2022          0.20          0.20          420.00          $84.00

01/13/2022          Review of file history of US patent 8303589 and related content. Telephone
conversation with K Lynch of Zimmer Biomet. Review and respond to email from
R Schlotterback regarding same. Review of email from K Lynch and sent email to
R Schlotterback regarding same. Review and respond to emails from K Lynch
and R Schlotterback. Preparation of letter to extremity contact regarding same.
Bill          VAC          01/13/2022          1.00          1.00          420.00          $420.00

01/14/2022          Finalized and sent letter to attorney for Extremity confirming agreement of Zimmer
Biomet with previous letter.

3768          Nextremity Solutions                Invoice #0              Page  2

| Bill | VAC | 01/14/2022 | 0.10 | 0.10 | 420.00 | $42.00 |

FEES
Partner                          7.60    Hours                $3,192.00

EXPENSES

Billing Summary

Total Professional Services                          $3,192.00
Total of New Charges for this Invoice                $3,192.00

Total Balance Now Due                                **$3,192.00**

PAYMENT DUE UPON RECEIPT

| VAC | 7.60 | 7.60 | 420.00 | $3,192.00 |
| VAC | 7.60 | 7.60 | | $3,192.00 |