# EXHIBIT L

L1

# Heslin Rothenberg Farley & Mesiti P.C.

5 Columbia Circle
Albany, NY 12203
Telephone (518) 452-5600
Federal I.D. 14-1680097

March 15, 2022

| | | |
|---|---|---|
| Invoice # | 346114 | VAC |
| Our File # | 3768-091 | |
| Billing Through | 02/28/2022 | |

Nextremity Solutions, Inc.
1195 Polk Drive
Warsaw, IN 46582

**FREEDOM TO OPERATE AND OPINION FOR METHOD FOR BONE FUSION USING AN IMPLANT POST**

PROFESSIONAL SERVICES

02/28/2022         Review of email from R Schlotterback regarding litigation by Extremity.  Review of complaint.  Telephone conversation with B Hutton and R Schlotterback.

FEES
Partner                                                        0.50      Hours                      $210.00

Billing Summary

Total Professional Services                                              $210.00
Total of New Charges for this Invoice                                    $210.00

Total Balance Now Due                                                  **$210.00**

PAYMENT DUE UPON RECEIPT

# Heslin Rothenberg Farley & Mesiti P.C.

5 Columbia Circle
Albany, NY 12203
Telephone (518)
Federal I.D. 14-1680097

March 03, 2022

586,035

| | | |
|---|---|---|
| Invoice # | 0 | VAC |
| Our File # | 3768-091 | |
| Billing Through | 02/28/2022 | |

Nextremity Solutions, Inc.
1195 Polk Drive
Warsaw, IN 46582

**FREEDOM TO OPERATE AND OPINION FOR METHOD FOR BONE FUSION USING AN IMPLANT POST**

PROFESSIONAL SERVICES

02/28/2022     Review of email from R Schlotterback regarding litigation by Extremity. Review of
complaint. Telephone conversation with B Hutton and R Schlotterback.

| | | | | | | |
|---|---|---|---|---|---|---|
| Bill | VAC | 02/28/2022 | 0.50 | 0.50 | 420.00 | $210.00 |

FEES                                                    0.50   Hours                    $210.00
Partner

EXPENSES

Billing Summary                                                          $210.00
Total Professional Services                                              $210.00
Total of New Charges for this Invoice

                                                                          $210.00

Total Balance Now Due

PAYMENT DUE UPON RECEIPT

| | | | | | |
|---|---|---|---|---|---|
| VAC | 0.50 | 0.50 | 420.00 | $210.00 |
| VAC | 0.50 | 0.50 | | $210.00 |

L2

# Heslin Rothenberg Farley & Mesiti P.C.

5 Columbia Circle
Albany, NY 12203
Telephone (518) 452-5600
Federal I.D. 14-1680097

March 15, 2022

|  |  |  |
|---|---|---|
| Invoice # | 346113 | JWB |
| Our File # | 3768-123 | |
| Billing Through | 02/28/2022 | |

Nextremity Solutions, Inc.
1195 Polk Drive
Warsaw, IN 46582

**Extremity Medical, LLC Asserting Patent Infringement of U.S. Patent No. 8,303,589**

PROFESSIONAL SERVICES

02/28/2022      Review Complaint filed by Extremity against Nextremity; email Complaint to R. Schlotterback; email R. Schlotterback regarding information for Medartis; telephone conference with R. Schlotterback regarding lawsuit; review prior art for IPR consideration.

FEES
Partner      2.30    Hours      $1,058.00

Billing Summary

| | |
|---|---|
| Total Professional Services | $1,058.00 |
| Total of New Charges for this Invoice | $1,058.00 |
| Total Balance Now Due | **$1,058.00** |

PAYMENT DUE UPON RECEIPT

# Heslin Rothenberg Farley & Mesiti P.C.

5 Columbia Circle
Albany, NY  12203
Telephone (518)
Federal I.D. 14-1680097

March 03, 2022                                              586,240

| | | |
|---|---|---|
| Invoice # | 0 | JWB |
| Our File # | 3768-123 | |
| Billing Through | 02/28/2022 | |

Nextremity Solutions, Inc.
1195 Polk Drive
Warsaw, IN  46582

*Rouse*

**Extremity Medical, LLC Asserting Patent Infringement of U.S. Patent No. 8,303,589**

PROFESSIONAL SERVICES

| 02/28/2022 | | Review Complaint filed by Extremity against Nextremity; email Complaint to R. Schlotterback; email R. Schlotterback regarding information for ~~MEdantis~~ *Medantis*; telephone conference with R. Schlotterback regarding lawsuit; review prior art for IPR consideration. | | | | |
|---|---|---|---|---|---|---|
| Bill | BH | 02/28/2022 | 2.30 | 2.30 | 460.00 | $1,058.00 |

FEES

| Partner | 2.30 | Hours | $1,058.00 |
|---|---|---|---|

EXPENSES

Billing Summary

| Total Professional Services | $1,058.00 |
|---|---|
| Total of New Charges for this Invoice | $1,058.00 |
| Total Balance Now Due | **$1,058.00** |

PAYMENT DUE UPON RECEIPT

| BH | 2.30 | 2.30 | 460.00 | $1,058.00 |
|---|---|---|---|---|
| JWB | 2.30 | 2.30 | | $1,058.00 |

L3

# Heslin Rothenberg Farley & Mesiti P.C.

5 Columbia Circle
Albany, NY 12203
Telephone (518) 452-5600
Federal I.D. 14-1680097

April 29, 2022

|  |  |  |
|---|---|---|
| Invoice # | 348229 | JWB |
| Our File # | 3768-123 | |
| Billing Through | 03/31/2022 | |

Nextremity Solutions, Inc.
1195 Polk Drive
Warsaw, IN 46582

**Extremity Medical, LLC Asserting Patent Infringement of U.S. Patent No. 8,303,589**

PROFESSIONAL SERVICES

| | |
|---|---|
| 03/03/2022 | Begin drafting Answer to Complaint with counterclaims. |
| 03/03/2022 | Receive and review letter and agreement from K. Wagner, Esq. regarding duty to indemnify Zimmer; email R. Schlotterback regarding same; telephone conference with R. Schlotterback regarding same; telephone conference with R. Schlotterback regarding Zimmer; expert M. Sherman; local counsel and alternative claim construction for "instrument," discuss preparation of Common Legal Interest with T. Sica, Esq. |
| 03/03/2022 | Prepare common interest agreement; Legal research into judicial estoppel |
| 03/04/2022 | Review draft Common Interest Agreement; email to Zimmer counsel for review; receive and review executed Engagement Agreement for local counsel and forward to local counsel. |
| 03/07/2022 | Telephone conference with K. Wagner, Esq. regarding Zimmer representative and strategy with case. |
| 03/09/2022 | Receive and review executed Common Interest Agreement from K. Wagner, Esq. from Zimmer; email to R. Schlotterback for execution. |
| 03/09/2022 | Prepare litigation hold letter |
| 03/10/2022 | Review Litigation Hold letter; discuss with T. Sica, Esq.; receive and review executed Common Interest Agreement from R. Schlotterback; forward to Zimmer counsel. |
| 03/10/2022 | Prepare and send litigation hold letter to client |
| 03/11/2022 | Receive and review email from local counsel with Stipulation to Extend Time and Pro Hac Vice Motion; email Stipulation to opposing counsel; update Zimmer counsel. |
| 03/17/2022 | Review orders issued from court, including Pro Hac Vice, approval of Stipulation and vacant judgeship; email local counsel regarding Vacant Judgeship Order; review Standing Order regarding same. |
| 03/23/2022 | Telephone conference with M. Zinna, Esq. regarding settlement; telephone conference with R. Schlotterback regarding same. |
| 03/29/2022 | Telephone conference with M. Zinna Esq. regarding settlement; telephone |

3768        Nextremity Solutions              Invoice #348229        Page   2

conference with R. Schlotterback regarding settlement options and sales numbers; receive and review email regarding sales numbers.

03/30/2022        Telephone conference with R. Schlotterback regarding settlement counteroffer; telephone conference with M. Zinna, Esq. conveying same.

03/31/2022        Exchange emails with M. Zinna regarding Settlement; telephone conference with R. Schlotterback regarding same.

FEES
Partner                                      9.30    Hours              $4,278.00

Associate 3                                  4.40    Hours                $858.00

Billing Summary

Total Professional Services                          $5,136.00
Total of New Charges for this Invoice               $5,136.00

Total Balance Now Due                               **$5,136.00**

PAYMENT DUE UPON RECEIPT

# Heslin Rothenberg Farley & Mesiti P.C.

5 Columbia Circle
Albany, NY 12203
Telephone (518)
Federal I.D. 14-1680097

April 28, 2022

590,607

| | | |
|---|---|---|
| Invoice # | 0 | JWB |
| Our File # | 3768-123 | |
| Billing Through | 03/31/2022 | |

Nextremity Solutions, Inc.
1195 Polk Drive
Warsaw, IN 46582

**Extremity Medical, LLC Asserting Patent Infringement of U.S. Patent No. 8,303,589**

<u>PROFESSIONAL SERVICES</u>

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| 03/03/2022 | | Begin drafting Answer to Complaint with counterclaims. | | | | | |
| Bill | BH | 03/03/2022 | 2.50 | 2.50 | 460.00 | | $1,150.00 |
| 03/03/2022 | | Receive and review letter and agreement from K. Wagner, Esq. regarding duty to indemnify Zimmer; email R. Schlotterback regarding same; telephone conference with R. Schlotterback regarding same; telephone conference with R. Schlotterback regarding Zimmer; expert M. Sherman; local counsel and alternative claim construction for "instrument," discuss preparation of Common Legal Interest with T. Sica, Esq. | | | | | |
| Bill | BH | 03/03/2022 | 1.10 | 1.10 | 460.00 | | $506.00 |
| 03/03/2022 | | Prepare common interest agreement; Legal research into judicial estoppel | | | | | |
| Bill | TLS | 03/03/2022 | 2.20 | 2.20 | 195.00 | | $429.00 |
| 03/04/2022 | | Review draft Common Interest Agreement; email to Zimmer counsel for review; receive and review executed Engagement Agreement for local counsel and forward to local counsel. | | | | | |
| Bill | BH | 03/04/2022 | 1.00 | 1.00 | 460.00 | | $460.00 |
| 03/07/2022 | | Telephone conference with K. Wagner, Esq. regarding Zimmer representative and strategy with case. | | | | | |
| Bill | BH | 03/07/2022 | 0.30 | 0.30 | 460.00 | | $138.00 |
| 03/09/2022 | | Receive and review executed Common Interest Agreement from K. Wagner, Esq. from Zimmer; email to R. Schlotterback for execution. | | | | | |
| Bill | BH | 03/09/2022 | 0.30 | 0.30 | 460.00 | | $138.00 |
| 03/09/2022 | | Prepare litigation hold letter | | | | | |
| Bill | TLS | 03/09/2022 | 1.20 | 1.20 | 195.00 | | $234.00 |
| 03/10/2022 | | Review Litigation Hold letter; discuss with T. Sica, Esq.; receive and review executed Common Interest Agreement from R. Schlotterback; forward to Zimmer counsel. | | | | | |

3768            Nextremity Solutions                    Invoice #0                    Page  2

| | | | | | | |
|---|---|---|---|---|---|---|
| Bill | BH | 03/10/2022 | 0.30 | 0.30 | 460.00 | $138.00 |

03/10/2022            Prepare and send litigation hold letter to client

| | | | | | | |
|---|---|---|---|---|---|---|
| Bill | TLS | 03/10/2022 | 1.00 | 1.00 | 195.00 | $195.00 |

03/11/2022            Receive and review email from local counsel with Stipulation to Extend Time and Pro Hac Vice Motion; email Stipulation to opposing counsel; update Zimmer counsel.

| | | | | | | |
|---|---|---|---|---|---|---|
| Bill | BH | 03/11/2022 | 0.60 | 0.60 | 460.00 | $276.00 |

03/17/2022            Review orders issued from court, including Pro Hac Vice, approval of Stipulation and vacant judgeship; email local counsel regarding Vacant Judgeship Order; review Standing Order regarding same.

| | | | | | | |
|---|---|---|---|---|---|---|
| Bill | BH | 03/17/2022 | 0.50 | 0.50 | 460.00 | $230.00 |

03/23/2022            Telephone conference with M. Zinna, Esq. regarding settlement; telephone conference with R. Schlotterback regarding same.

| | | | | | | |
|---|---|---|---|---|---|---|
| Bill | BH | 03/23/2022 | 0.80 | 0.80 | 460.00 | $368.00 |

03/29/2022            Telephone conference with M. Zinna Esq. regarding settlement; telephone conference with R. Schlotterback regarding settlement options and sales numbers; receive and review email regarding sales numbers.

| | | | | | | |
|---|---|---|---|---|---|---|
| Bill | BH | 03/29/2022 | 0.90 | 0.90 | 460.00 | $414.00 |

03/30/2022            Telephone conference with R. Schlotterback regarding settlement counteroffer; telephone conference with M. Zinna, Esq. conveying same.

| | | | | | | |
|---|---|---|---|---|---|---|
| Bill | BH | 03/30/2022 | 0.60 | 0.60 | 460.00 | $276.00 |

03/31/2022            Exchange emails with M. Zinna regarding Settlement; telephone conference with R. Schlotterback regarding same.

| | | | | | | |
|---|---|---|---|---|---|---|
| Bill | BH | 03/31/2022 | 0.40 | 0.40 | 460.00 | $184.00 |

FEES

| | | | |
|---|---|---|---|
| Partner | 9.30 | Hours | $4,278.00 |
| Associate 3 | 4.40 | Hours | $858.00 |

EXPENSES

Billing Summary

| | |
|---|---|
| Total Professional Services | $5,136.00 |
| Total of New Charges for this Invoice | $5,136.00 |
| Total Balance Now Due | **$5,136.00** |

3768          Nextremity Solutions                    Invoice #0                    Page  3

PAYMENT DUE UPON RECEIPT

| | | | | |
|---|---|---|---|---|
| BH | 9.30 | 9.30 | 460.00 | $4,278.00 |
| TLS | 4.40 | 4.40 | 195.00 | $858.00 |
| JWB | 13.70 | 13.70 | | $5,136.00 |

L4

# Heslin Rothenberg Farley & Mesiti P.C.

5 Columbia Circle
Albany, NY  12203
Telephone (518) 452-5600
Federal I.D. 14-1680097

May 23, 2022

| | |
|---|---|
| Invoice # | 348925    JWB |
| Our File # | 3768-123 |
| Billing Through | 04/30/2022 |

Nextremity Solutions, Inc.
1195 Polk Drive
Warsaw, IN  46582

**Extremity Medical, LLC Asserting Patent Infringement of U.S. Patent No. 8,303,589**

PROFESSIONAL SERVICES

| | |
|---|---|
| 04/01/2022 | Exchange emails with M. Zinna, Esq. regarding settlement; organize and finalize IPR Petition, exhibits and other paperwork; file IPR Petition with Patent and Trademark Appeal Board. |
| 04/01/2022 | Exchange emails with K. Wagner, Esq. updating on settlement. |
| 04/04/2022 | Continue revising Answer to Complaint. |
| 04/06/2022 | Receive and review email from R. Schlotterback regarding Extremity press release; draft response to same and email to R. Schlotterback. |
| 04/06/2022 | Email draft Complaint to Zimmer's counsel. |
| 04/18/2022 | Receive and review email from local counsel; review revised Answer and authorize to file same. |
| 04/19/2022 | Receive and review email from R. Schlotterback; respond to same regarding status of case; begin preparing discovery requests. |
| 04/20/2022 | Receive and review notification from PTAB of verification of Petition and accordance of filing date; report same to R. Schlotterback. |
| 04/22/2022 | Complete Notice of Consent on Absence of Consent to Proceed Before a U.S. Magistrate Judge; email to M. Zinna, Esq. |
| 04/25/2022 | Receive and review various Court Orders and filings and IPR filings. |
| 04/27/2022 | Receive and review Court Order regarding Rule 26 Conference and Rule 16 Conference. |
| 04/29/2022 | Receive and review emails regarding Rule 26 Conference. |

FEES
Partner                                          11.20     Hours                    $5,208.00

EXPENSES
Express Mail                                                                        $49.70

3768        Nextremity Solutions                    Invoice #348925          Page   2

Billing Summary

| Total Professional Services | $5,208.00 |
| Total Expenses Incurred | $49.70 |
| Total of New Charges for this Invoice | $5,257.70 |
| | |
| Total Balance Now Due | **$5,257.70** |

PAYMENT DUE UPON RECEIPT

# Heslin Rothenberg Farley & Mesiti P.C.

5 Columbia Circle
Albanv. NY  12203
Telephone (518)
Federal I.D. 14-1680097

May 03, 2022                                                591,680

|              |              |
|--------------|--------------|
| Invoice #    | 0        JWB |
| Our File #   | 3768-123     |
| Billing Through | 04/30/2022 |

Nextremity Solutions, Inc.
1195 Polk Drive
Warsaw, IN  46582



**Extremity Medical, LLC Asserting Patent Infringement of U.S. Patent No. 8,303,589**

## PROFESSIONAL SERVICES

| 04/01/2022 | | Exchange emails with M. Zinna, Esq. regarding settlement; organize and finalize IPR Petition, exhibits and other paperwork; file IPR Petition with Patent and Trademark Appeal Board. | | | | |
|---|---|---|---|---|---|---|
| Bill | BH | 04/01/2022 | 2.70 | 2.70 | 460.00 | $1,242.00 |

| 04/01/2022 | | Exchange emails with K. Wagner, Esq. updating on settlement. | | | | |
|---|---|---|---|---|---|---|
| Bill | BH | 04/01/2022 | 0.30 | 0.30 | 460.00 | $138.00 |

| 04/04/2022 | | Continue revising Answer to Complaint. | | | | |
|---|---|---|---|---|---|---|
| Bill | BH | 04/04/2022 | 1.20 | 1.20 | 460.00 | $552.00 |

| 04/06/2022 | | Receive and review email from R. Schlotterback regarding Extremity press release; draft response to same and email to R. Schlotterback. | | | | |
|---|---|---|---|---|---|---|
| Bill | BH | 04/06/2022 | 0.40 | 0.40 | 460.00 | $184.00 |

| 04/06/2022 | | Email draft Complaint to Zimmer's counsel. | | | | |
|---|---|---|---|---|---|---|
| Bill | BH | 04/06/2022 | 0.20 | 0.20 | 460.00 | $92.00 |

| 04/18/2022 | | Receive and review email from local counsel; review revised Answer and authorize to file same. | | | | |
|---|---|---|---|---|---|---|
| Bill | BH | 04/18/2022 | 0.90 | 0.90 | 460.00 | $414.00 |

| 04/19/2022 | | Receive and review email from R. Schlotterback; respond to same regarding status of case; begin preparing discovery requests. | | | | |
|---|---|---|---|---|---|---|
| Bill | BH | 04/19/2022 | 4.00 | 4.00 | 460.00 | $1,840.00 |

| 04/20/2022 | | Receive and review notification from PTAB of verification of Petition and accordance of filing date; report same to R. Schlotterback. | | | | |
|---|---|---|---|---|---|---|
| Bill | BH | 04/20/2022 | 0.30 | 0.30 | 460.00 | $138.00 |

| 04/22/2022 | | Complete Notice of Consent on Absence of Consent to Proceed Before a U.S. Magistrate Judge; email to M. Zinna, Esq. |
|---|---|---|

3768          Nextremity Solutions                    Invoice #0                    Page 2

| | | | | | | |
|---|---|---|---|---|---|---|
| Bill | BH | 04/22/2022 | 0.50 | 0.50 | 460.00 | $230.00 |

04/25/2022          Receive and review various Court Orders and filings and IPR filings.

| | | | | | | |
|---|---|---|---|---|---|---|
| Bill | NM | 04/25/2022 | 0.20 | 0.20 | 540.00 | $108.00 |

04/27/2022          Receive and review Court Order regarding Rule 26 Conference and Rule 16
                    Conference.

| | | | | | | |
|---|---|---|---|---|---|---|
| Bill | NM | 04/27/2022 | 0.30 | 0.30 | 540.00 | $162.00 |

04/29/2022          Receive and review emails regarding Rule 26 Conference.

| | | | | | | |
|---|---|---|---|---|---|---|
| Bill | NM | 04/29/2022 | 0.20 | 0.20 | 540.00 | $108.00 |

FEES
Partner                              11.20   Hours              $5,208.00

EXPENSES
Express Mail                                                    $49.70

| | | | | |
|---|---|---|---|---|
| | 57 | Express Mail | 04/30/2022 | $49.70 |

Billing Summary

| | |
|---|---|
| Total Professional Services | $5,208.00 |
| Total Expenses Incurred | $49.70 |
| Total of New Charges for this Invoice | $5,257.70 |
| Total Balance Now Due | **$5,257.70** |

PAYMENT DUE UPON RECEIPT

| | | | | |
|---|---|---|---|---|
| BH | 10.50 | 10.50 | 460.00 | $4,830.00 |
| NM | 0.70 | 0.70 | 540.00 | $378.00 |
| JWB | 11.20 | 11.20 | | $5,208.00 |

L5

# Heslin Rothenberg Farley & Mesiti P.C.

5 Columbia Circle
Albany, NY  12203
Telephone (518) 452-5600
Federal I.D. 14-1680097

June 21, 2022

| | | |
|---|---|---|
| Invoice # | 350286 | JWB |
| Our File # | 3768-123 | |
| Billing Through | 05/31/2022 | |

Nextremity Solutions, Inc.
1195 Polk Drive
Warsaw, IN  46582

**Extremity Medical, LLC Asserting Patent Infringement of U.S. Patent No. 8,303,589**

PROFESSIONAL SERVICES

| | |
|---|---|
| 05/02/2022 | Receive and review proposed Joint Case Scheduling Order for Rule 26 and Rule 16 Conferences. |
| 05/02/2022 | Review draft Scheduling Order; email Zimmer's counsel; discuss with N. Mesiti, Esq.; telephone conference with opposing counsel regarding same; update Zimmer counsel accordingly. |
| 05/09/2022 | Receive and review Reply to Counterclaims. |
| 05/10/2022 | Conference with Brett Hutton, Esq. regarding Zimmer's counsel comments to proposed Scheduling Order. |
| 05/10/2022 | Receive and review Extremity Reply to Counterclaim; receive and review email from K. Wagner regarding comments on proposed Scheduling Order; revise same to incorporate comments; email response to K. Wagner, Esq.; discuss changes to Scheduling Order with N. Mesiti, Esq. |
| 05/11/2022 | Finalize revisions to proposed Scheduling Order; email to opposing counsel. |
| 05/12/2022 | Receive and review Corporate Disclosure Statement filed by Extremity by Court. |
| 05/23/2022 | Begin drafting Initial Disclosures. |
| 05/25/2022 | Receive and review email from M. Zinna, Esq. regarding Scheduling Order; respond to same with review date for claim construction; revise Scheduling Order. |
| 05/27/2022 | Receive, review and respond to email from R. Schlotterback regarding status. |

FEES

| | | | |
|---|---|---|---|
| Partner | 4.90 | Hours | $2,502.00 |

Billing Summary

| | |
|---|---|
| Total Professional Services | $2,502.00 |
| Total of New Charges for this Invoice | $2,502.00 |

3768        Nextremity Solutions                 Invoice #350286              Page   2

Total Balance Now Due                                          **$2,502.00**

PAYMENT DUE UPON RECEIPT

# Heslin Rothenberg Farley & Mesiti P.C.

5 Columbia Circle
Albany, NY 12203
Telephone (518)
Federal I.D. 14-1680097

June 03, 2022

594,304

| | |
|---|---|
| Invoice # | 0 |
| Our File # | 3768-123 |
| Billing Through | 05/31/2022 |

JWB

Nextremity Solutions, Inc.
1195 Polk Drive
Warsaw, IN 46582

**Extremity Medical, LLC Asserting Patent Infringement of U.S. Patent No. 8,303,589**

B ill

<u>PROFESSIONAL SERVICES</u>

| Date | | Description | | | | Amount |
|---|---|---|---|---|---|---|
| 05/02/2022 | | Receive and review proposed Joint Case Scheduling Order for Rule 26 and Rule 16 Conferences. | | | | |
| Bill | NM | 05/02/2022 | 0.50 | 0.50 | 580.00 | $290.00 |
| 05/02/2022 | | Review draft Scheduling Order; email Zimmer's counsel; discuss with N. Mesiti, Esq.; telephone conference with opposing counsel regarding same; update Zimmer counsel accordingly. | | | | |
| Bill | BH | 05/02/2022 | 0.90 | 0.90 | 495.00 | $445.50 |
| 05/09/2022 | | Receive and review Reply to Counterclaims. | | | | |
| Bill | NM | 05/09/2022 | 0.20 | 0.20 | 580.00 | $116.00 |
| 05/10/2022 | | Conference with Brett Hutton, Esq. regarding Zimmer's counsel comments to proposed Scheduling Order. | | | | |
| Bill | NM | 05/10/2022 | 0.20 | 0.20 | 580.00 | $116.00 |
| 05/10/2022 | | Receive and review Extremity Reply to Counterclaim; receive and review email from K. Wagner regarding comments on proposed Scheduling Order; revise same to incorporate comments; email response to K. Wagner, Esq.; discuss changes to Scheduling Order with N. Mesiti, Esq. | | | | |
| Bill | BH | 05/10/2022 | 1.00 | 1.00 | 495.00 | $495.00 |
| 05/11/2022 | | Finalize revisions to proposed Scheduling Order; email to opposing counsel. | | | | |
| Bill | BH | 05/11/2022 | 0.50 | 0.50 | 495.00 | $247.50 |
| 05/12/2022 | | Receive and review Corporate Disclosure Statement filed by Extremity by Court. | | | | |
| Bill | BH | 05/12/2022 | 0.20 | 0.20 | 495.00 | $99.00 |
| 05/23/2022 | | Begin drafting Initial Disclosures. | | | | |
| Bill | BH | 05/23/2022 | 0.50 | 0.50 | 495.00 | $247.50 |
| 05/25/2022 | | Receive and review email from M. Zinna, Esq. regarding Scheduling Order; | | | | |

3768        Nextremity Solutions                Invoice #0                Page 2

respond to same with review date for claim construction; revise Scheduling Order.

| Bill | BH | 05/25/2022 | 0.60 | 0.60 | 495.00 | $297.00 |

05/27/2022        Receive, review and respond to email from R. Schlotterback regarding status.

| Bill | BH | 05/27/2022 | 0.30 | 0.30 | 495.00 | $148.50 |

FEES

| Partner | 4.90 | Hours | | $2,502.00 |

EXPENSES

Billing Summary

| Total Professional Services | $2,502.00 |
| Total of New Charges for this Invoice | $2,502.00 |

| Total Balance Now Due | **$2,502.00** |

PAYMENT DUE UPON RECEIPT

| BH | 4.00 | 4.00 | 495.00 | $1,980.00 |
| NM | 0.90 | 0.90 | 580.00 | $522.00 |
| JWB | 4.90 | 4.90 | | $2,502.00 |

L6

# Heslin Rothenberg Farley & Mesiti P.C.

5 Columbia Circle
Albany, NY  12203
Telephone (518) 452-5600
Federal I.D. 14-1680097

August 22, 2022

| | | |
|---|---|---|
| Invoice # | 352689 | JWB |
| Our File # | 3768-123 | |
| Billing Through | 07/31/2022 | |

Nextremity Solutions, Inc.
1195 Polk Drive
Warsaw, IN  46582

**Extremity Medical, LLC Asserting Patent Infringement of U.S. Patent No. 8,303,589**

PROFESSIONAL SERVICES

| | |
|---|---|
| 06/02/2022 | Conference with Brett Hutton, Esq. regarding opposing counsel's proposed changes to proposed Scheduling Order. |
| 06/02/2022 | Receive and review email from D. Lindenbaum, Esq. with changes to Scheduling Order; email to same with comments on Initial Patent Discovery; email R. Schlotterback requesting documents pertaining to accused device. |
| 06/06/2022 | Receive and review Court Order regarding Scheduling Conference. |
| 06/10/2022 | Email opposing counsel regarding draft Scheduling Order. |
| 06/15/2022 | Receive and review Plaintiff's revisions to proposed Case Management Plan and emails regarding same. |
| 06/15/2022 | Receive and review proposed Scheduling Order from opposing counsel; email approval of same to opposing counsel; telephone conference with local counsel regarding final counterclaims. |
| 06/16/2022 | Review Extremity filings with Court; update R. Schlotterback regarding same and follow up for case documents; receive and review core technical documents from R. Schlotterback; update Zimmer counsel via Scheduling Order; docket future dates from Order. |
| 06/22/2022 | Receive and review email from K. Wagner, Esq. regarding identification of Zimmer witnesses for Initial Disclosures; video conference with R. Schlotterback regarding Nextremity witnesses for Initial Disclosures; email K. Wagner, Esq. regarding Zimmer witness for damages defense. |
| 06/23/2022 | Revise Initial Disclosures. |
| 07/01/2022 | Finalize Initial Disclosures and serve same on Plaintiff's counsel. |
| 07/06/2022 | Receive and review email from D. Stickler regarding corporate relatively between Medartis and Nextremity; email local counsel to Supplement Corporate Disclosure Statement in accordance with Delaware County rules. |
| 07/07/2022 | Receive and review email from M. Fannon, Esq. regarding Rule 7.1 Statement; email K. Wagner, Esq. for relevant information pertaining to Zimmer Defendants. |
| 07/07/2022 | Receive and review email from M. Fannon, Esq. regarding Rule 7.1 Statement; email K. Wagner, Esq. for relevant information pertaining to Zimmer Defendants. |

3768        Nextremity Solutions                Invoice #352689        Page   2

| | |
|---|---|
| 07/08/2022 | Email to R. Schlotterback and D. Stichter updating on progress of case. |
| 07/11/2022 | Receive and review email from K. Wagner, Esq. regarding corporate information for Zimmer and Zimmer Biomet; email M. Fannon, Esq. for inclusion on Rule 7.1 Corporate Disclosures; receive and review corporate disclosure filing. |
| 07/18/2022 | Prepare Defendant's Initial Disclosures pursuant to Paragraph 3 of Court's Default Standard for Discovery; email K. Wagner, Esq. for non-custodial data sources for Zimmer; exchange emails with local counsel regarding same; telephone conference with R. Schlotterback regarding non-custodial date sources for Nextremity; exchange emails with local counsel regarding revision to Protective Order. |
| 07/18/2022 | Review draft Protective Order; email to opposing counsel. |
| 07/18/2022 | Prepare Protective Order |
| 07/19/2022 | Receive and review Stipulation filed with Court for Protective Order and Paragraph 3 Disclosure; docket same. |
| 07/21/2022 | Conference with Brett Hutton, Esq. regarding IPR Preliminary Response not being filed by Patentee. |
| 07/22/2022 | Confirm due date for Extremity to identify accused product/claim, discuss potential ramifications with local counsel for missing date; email opposing counsel requiring immediate compliances; email R. Schlotterback and D. Stichter regarding date. |
| 07/22/2022 | Review successful motion to stay in District of Delaware; Prepare Motion to Stay |
| 07/25/2022 | Receive and review Extremity's Disclosures pursuant to Section 4a of Court's Default Standard for Discussion; email same to R. Schlotterback; receive and review email from R. Schlotterback regarding hold back; respond to same; finalize Defendant's paragraph 3 disclosures and email to local counsel for service. |
| 07/25/2022 | Receive and review email from R. Schlotterback with prints of InCore System; discuss production of same with prior case technical documents with Sandra Mills. |
| 07/25/2022 | Receive and review proposed revisions to Protective Order from opposing counsel. |
| 07/26/2022 | Receive and review Extremity's paragraph 3 disclosures. |
| 07/26/2022 | Prepare Motion to Stay |
| 07/27/2022 | Prepare Motion to Stay |
| 07/29/2022 | Prepare motion to stay |

FEES

| | | | |
|---|---|---|---|
| Partner | 14.80 | Hours | $7,394.00 |
| Associate 3 | 12.40 | Hours | $2,542.00 |

Billing Summary

| | |
|---|---|
| Total Professional Services | $9,936.00 |
| Total of New Charges for this Invoice | $9,936.00 |

3768        Nextremity Solutions                        Invoice #352689            Page   3

Total Balance Now Due                                                    $9,936.00

PAYMENT DUE UPON RECEIPT

# Heslin Rothenberg Farley & Mesiti P.C.

5 Columbia Circle
Albany, NY 12203
Telephone (518)
Federal I.D. 14-1680097

August 03, 2022                                              598,995

| | Invoice # | 0 | JWB |
|---|---|---|---|
| | Our File # | 3768-123 | |
| | Billing Through | 07/31/2022 | |

Nextremity Solutions, Inc.
1195 Polk Drive
Warsaw, IN 46582

*Revise.*

**Extremity Medical, LLC Asserting Patent Infringement of U.S. Patent No. 8,303,589**

<u>PROFESSIONAL SERVICES</u>

| 06/02/2022 | | Conference with Brett Hutton, Esq. regarding opposing counsel's proposed changes to proposed Scheduling Order. | | | | |
|---|---|---|---|---|---|---|
| Bill | NM | 06/02/2022 | 0.30 | 0.30 | 580.00 | $174.00 |
| 06/02/2022 | | Receive and review email from D. Lindenbaum, Esq. with changes to Scheduling Order; email to same with comments on Initial Patent Discovery; email R. Schlotterback requesting documents pertaining to accused device. | | | | |
| Bill | BH | 06/02/2022 | 0.80 | 0.80 | 495.00 | $396.00 |
| 06/06/2022 | | Receive and review Court Order regarding Scheduling Conference. | | | | |
| Bill | BH | 06/06/2022 | 0.10 | 0.10 | 495.00 | $49.50 |
| 06/10/2022 | | Email opposing counsel regarding draft Scheduling Order. | | | | |
| Bill | BH | 06/10/2022 | 0.30 | 0.30 | 495.00 | $148.50 |
| 06/15/2022 | | Receive and review Plaintiff's revisions to proposed Case Management Plan and emails regarding same. | | | | |
| Bill | NM | 06/15/2022 | 0.30 | 0.30 | 580.00 | $174.00 |
| 06/15/2022 | | Receive and review proposed Scheduling Order from opposing counsel; email approval of same to opposing counsel; telephone conference with local counsel regarding final counterclaims. | | | | |
| Bill | BH | 06/15/2022 | 0.50 | 0.50 | 495.00 | $247.50 |
| 06/16/2022 | | Review Extremity filings with Court; update R. Schlotterback regarding same and follow up for case documents; receive and review core technical documents from R. Schlotterback; update Zimmer counsel via Scheduling Order; docket future dates from Order. | | | | |
| Bill | BH | 06/16/2022 | 0.80 | 0.80 | 495.00 | $396.00 |
| 06/22/2022 | | Receive and review email from K. Wagner, Esq. regarding identification of Zimmer witnesses for Initial Disclosures; video conference with R. Schlotterback regarding Nextremity witnesses for Initial Disclosures; email K. Wagner, Esq. regarding Zimmer witness for damages defense. | | | | |
| Bill | BH | 06/22/2022 | 1.00 | 1.00 | 495.00 | $495.00 |
| 06/23/2022 | | Revise Initial Disclosures. | | | | |
| Bill | BH | 06/23/2022 | 1.10 | 1.10 | 495.00 | $544.50 |

3768          Nextremity Solutions                    Invoice #0                    Page 2

# REDACTED

| 07/01/2022 | | | Finalize Initial Disclosures and serve same on Plaintiff's counsel. | | | | |
|---|---|---|---|---|---|---|---|
| Bill | BH | 07/01/2022 | | 0.60 | 0.60 | 495.00 | $297.00 |
| 07/06/2022 | | | Receive and review email from D. Stickler regarding corporate relatively between Medartis and Nextremity; email local counsel to Supplement Corporate Disclosure Statement in accordance with Delaware County rules. | | | | |
| Bill | BH | 07/06/2022 | | 0.40 | 0.40 | 495.00 | $198.00 |
| 07/07/2022 | | | Receive and review email from M. Fannon, Esq. regarding Rule 7.1 Statement; email K. Wagner, Esq. for relevant information pertaining to Zimmer Defendants. | | | | |
| Bill | BH | 07/07/2022 | | 0.40 | 0.40 | 495.00 | $198.00 |
| 07/07/2022 | | | Receive and review email from M. Fannon, Esq. regarding Rule 7.1 Statement; email K. Wagner, Esq. for relevant information pertaining to Zimmer Defendants. | | | | |
| Bill | BH | 07/07/2022 | | 0.40 | 0.40 | 495.00 | $198.00 |
| 07/08/2022 | | | Email to R. Schlotterback and D. Stichter updating on progress of case. | | | | |
| Bill | BH | 07/08/2022 | | 0.50 | 0.50 | 495.00 | $247.50 |
| 07/11/2022 | | | Receive and review email from K. Wagner, Esq. regarding corporate information for Zimmer and Zimmer Biomet; email M. Fannon, Esq. for inclusion on Rule 7.1 Corporate Disclosures; receive and review corporate disclosure filing. | | | | |
| Bill | BH | 07/11/2022 | | 0.50 | 0.50 | 495.00 | $247.50 |
| 07/18/2022 | | | Prepare Defendant's Initial Disclosures pursuant to Paragraph 3 of Court's Default Standard for Discovery; email K. Wagner, Esq. for non-custodial data sources for Zimmer; exchange emails with local counsel regarding same; telephone conference with R. Schlotterback regarding non-custodial date sources for Nextremity; exchange emails with local counsel regarding revision to Protective Order. | | | | |
| Bill | BH | 07/18/2022 | | 2.20 | 2.20 | 495.00 | $1,089.00 |
| 07/18/2022 | | | Review draft Protective Order; email to opposing counsel. | | | | |
| Bill | BH | 07/18/2022 | | 0.80 | 0.80 | 495.00 | $396.00 |
| 07/18/2022 | | | Prepare Protective Order | | | | |
| Bill | TLS | 07/18/2022 | | 2.80 | 2.80 | 205.00 | $574.00 |
| 07/19/2022 | | | Receive and review Stipulation filed with Court for Protective Order and Paragraph 3 Disclosure; docket same. | | | | |
| Bill | BH | 07/19/2022 | | 0.30 | 0.30 | 495.00 | $148.50 |
| 07/21/2022 | | | Conference with Brett Hutton, Esq. regarding IPR Preliminary Response not being filed by Patentee. | | | | |
| Bill | NM | 07/21/2022 | | 0.20 | 0.20 | 580.00 | $116.00 |
| 07/22/2022 | | | Confirm due date for Extremity to identify accused product/claim, discuss potential ramifications with local counsel for missing date; email opposing counsel requiring immediate compliances; email R. Schlotterback and D. Stichter regarding date. | | | | |
| Bill | BH | 07/22/2022 | | 0.50 | 0.50 | 495.00 | $247.50 |
| 07/22/2022 | | | Review successful motion to stay in District of Delaware; Prepare Motion to Stay | | | | |
| Bill | TLS | 07/22/2022 | | 3.50 | 3.50 | 205.00 | $717.50 |

3768        Nextremity Solutions                    Invoice #0                    Page  3

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/25/2022 | | Receive and review Extremity's Disclosures pursuant to Section 4a of Court's Default Standard for Discussion; email same to R. Schlotterback; receive and review email from R. Schlotterback regarding hold back; respond to same; finalize Defendant's paragraph 3 disclosures and email to local counsel for service. | | | | |
| Bill | BH | 07/25/2022 | 1.00 | 1.00 | 495.00 | $495.00 |
| 07/25/2022 | | Receive and review email from R. Schlotterback with prints of InCore System; discuss production of same with prior case technical documents with Sandra Mills. | | | | |
| Bill | BH | 07/25/2022 | 0.80 | 0.80 | 495.00 | $396.00 |
| 07/25/2022 | | Receive and review proposed revisions to Protective Order from opposing counsel. | | | | |
| Bill | BH | 07/25/2022 | 0.60 | 0.60 | 495.00 | $297.00 |
| 07/26/2022 | | Receive and review Extremity's paragraph 3 disclosures. | | | | |
| Bill | BH | 07/26/2022 | 0.40 | 0.40 | 495.00 | $198.00 |
| 07/26/2022 | | Prepare Motion to Stay | | | | |
| Bill | TLS | 07/26/2022 | 2.00 | 2.00 | 205.00 | $410.00 |
| 07/27/2022 | | Prepare Motion to Stay | | | | |
| Bill | TLS | 07/27/2022 | 2.60 | 2.60 | 205.00 | $533.00 |
| 07/29/2022 | | Prepare motion to stay | | | | |
| Bill | TLS | 07/29/2022 | 1.50 | 1.50 | 205.00 | $307.50 |

FEES

| | | | |
|---|---|---|---|
| Partner | 15.00 | Hours | $7,510.00 |
| | | | ~ 116 |
| Associate 3 | 12.40 | Hours | $2,542.00 |

Billing Summary

| | |
|---|---|
| Total Professional Services | $10,052.00 |
| Total of New Charges for this Invoice | $10,052.00 |
| Total Balance Now Due | $10,052.00 _ #116 |

$ 9,936.⁰⁰

PAYMENT DUE UPON RECEIPT

| | | | | |
|---|---|---|---|---|
| BH | 14.00 | 14.00 | 495.00 | $6,930.00 |
| NM | 1.00 | 1.00 | 580.00 | $580.00 |
| TLS | 12.40 | 12.40 | 205.00 | $2,542.00 |
| JWB | 27.40 | 27.40 | | $10,052.00 |

L7

# Heslin Rothenberg Farley & Mesiti P.C.

5 Columbia Circle
Albany, NY  12203
Telephone (518) 452-5600
Federal I.D. 14-1680097

September 16, 2022

| | | |
|---|---|---|
| Invoice # | 353698 | JWB |
| Our File # | 3768-123 | |
| Billing Through | 08/31/2022 | |

Medartis, Inc.
1195 Polk Drive
Warsaw, IN  46582

**Extremity Medical, LLC Asserting Patent Infringement of U.S. Patent No. 8,303,589**

<u>PROFESSIONAL SERVICES</u>

| | |
|---|---|
| 08/02/2022 | Receive and review from R. Schlotterback; email status update on litigation. |
| 08/05/2022 | Draft Defendant's Disclosures Pursuant to Paragraph 4b of Default Standard for Discovery; review bates numbered documents for production therewith. |
| 08/05/2022 | Prepare Motion to Stay |
| 08/08/2022 | Prepare Motion to Stay |
| 08/10/2022 | Prepare Motion to Stay |
| 08/11/2022 | Prepare Motion to Stay; Review case documents for motion |
| 08/12/2022 | Prepare Motion to Stay |
| 08/17/2022 | Receive and review email from M. Farnan, Esq. regarding core technical document disclosures; email response with disclosures and documents to same; telephone conference with R. Schlotterback regarding IPR and stay of litigation and settlement; left messages with M. Zinna and D. Lindenbaum. |
| 08/18/2022 | Receive and review email from M. Zinna, Esq. with proposed Stipulation to extend deadlines by two months; email D. Gooding, Esq. regarding same; receive and review authorization from D. Gooding, Esq.; email M. Zinna, Esq. with approval of motion. |
| 08/22/2022 | Receive and review email from M. Zinna, Esq. regarding Consent to Motion to Stay; email M. Farnan, Esq. regarding same; exchange emails with M. Farnan regarding core tech document production; email M. Sherman regarding IPR and Stay; review and revise Stipulation to Stay; email to local counsel and opposing counsel with changes. |
| 08/22/2022 | Prepare stipulation for a stay pending IPR |
| 08/23/2022 | Receive and review email from M. Zinna, Esq. approving draft Stipulation to Stay; email local counsel with instructions to file. |
| 08/30/2022 | Follow up with local counsel regarding stipulation to stay; receive and review email from same regarding hold up by Extremity local counsel; email M. Zinna, Esq. regarding same; receive and review proposed revision to Stipulation; email M. Farnan regarding approval of same. |

3768          Medartis, Inc.                          Invoice #353698              Page   2

FEES

| | | | |
|---|---|---|---|
| Partner | 5.20 | Hours | $2,574.00 |
| Associate 3 | 16.10 | Hours | $3,300.50 |

Billing Summary

| | |
|---|---|
| Total Professional Services | $5,874.50 |
| Total of New Charges for this Invoice | $5,874.50 |
| | |
| Total Balance Now Due | **$5,874.50** |

PAYMENT DUE UPON RECEIPT

# Heslin Rothenberg Farley & Mesiti P.C.

5 Columbia Circle
Albany, NY 12203
Telephone (518)
Federal I.D. 14-1680097

September 02, 2022

602,947

| | | |
|---|---|---|
| Invoice # | 0 | JWB |
| Our File # | 3768-123 | |
| Billing Through | 08/31/2022 | |

Nextremity Solutions, Inc.
1195 Polk Drive
Warsaw, IN 46582

**Extremity Medical, LLC Asserting Patent Infringement of U.S. Patent No. 8,303,589**

PROFESSIONAL SERVICES

| Date | | Description | | | | |
|---|---|---|---|---|---|---|
| 08/02/2022 | | Receive and review from R. Schlotterback; email status update on litigation. | | | | |
| Bill | BH | 08/02/2022 | 0.30 | 0.30 | 495.00 | $148.50 |
| 08/05/2022 | | Draft Defendant's Disclosures Pursuant to Paragraph 4b of Default Standard for Discovery; review bates numbered documents for production therewith. | | | | |
| Bill | BH | 08/05/2022 | 0.60 | 0.60 | 495.00 | $297.00 |
| 08/05/2022 | | Prepare Motion to Stay | | | | |
| Bill | TLS | 08/05/2022 | 1.70 | 1.70 | 205.00 | $348.50 |
| 08/08/2022 | | Prepare Motion to Stay | | | | |
| Bill | TLS | 08/08/2022 | 1.70 | 1.70 | 205.00 | $348.50 |
| 08/10/2022 | | Prepare Motion to Stay | | | | |
| Bill | TLS | 08/10/2022 | 3.30 | 3.30 | 205.00 | $676.50 |
| 08/11/2022 | | Prepare Motion to Stay; Review case documents for motion | | | | |
| Bill | TLS | 08/11/2022 | 2.80 | 2.80 | 205.00 | $574.00 |
| 08/12/2022 | | Prepare Motion to Stay | | | | |
| Bill | TLS | 08/12/2022 | 3.30 | 3.30 | 205.00 | $676.50 |
| 08/17/2022 | | Receive and review email from M. Farnan, Esq. regarding core technical document disclosures; email response with disclosures and documents to same; telephone conference with R. Schlotterback regarding IPR and stay of litigation and settlement; left messages with M. Zinna and D. Lindenbaum. | | | | |
| Bill | BH | 08/17/2022 | 1.60 | 1.60 | 495.00 | $792.00 |
| 08/18/2022 | | Receive and review email from M. Zinna, Esq. with proposed Stipulation to extend deadlines by two months; email D. Gooding, Esq. regarding same; receive and review authorization from D. Gooding, Esq.; email M. Zinna, Esq. with approval of motion. | | | | |
| Bill | BH | 08/18/2022 | 0.40 | 0.40 | 495.00 | $198.00 |
| 08/22/2022 | | Receive and review email from M. Zinna, Esq. regarding Consent to Motion to Stay; email M. Farnan, Esq. regarding same; exchange emails with M. Farnan regarding core tech document production; email M. Sherman regarding IPR and Stay; review and revise Stipulation to Stay; email to local counsel and opposing | | | | |

3768          Nextremity Solutions                    Invoice #0                Page 2

counsel with changes.

| Bill | BH | 08/22/2022 | 1.40 | 1.40 | 495.00 | $693.00 |

08/22/2022          Prepare stipulation for a stay pending IPR

| Bill | TLS | 08/22/2022 | 3.30 | 3.30 | 205.00 | $676.50 |

08/23/2022          Receive and review email from M. Zinna, Esq. approving draft Stipulation to Stay; email local counsel with instructions to file.

| Bill | BH | 08/23/2022 | 0.30 | 0.30 | 495.00 | $148.50 |

08/30/2022          Follow up with local counsel regarding stipulation to stay; receive and review email from same regarding hold up by Extremity local counsel; email M. Zinna, Esq. regarding same; receive and review proposed revision to Stipulation; email M. Farnan regarding approval of same.

| Bill | BH | 08/30/2022 | 0.60 | 0.60 | 495.00 | $297.00 |

**FEES**

| Partner | 5.20 | Hours | $2,574.00 |
|---------|------|-------|-----------|
| Associate 3 | 16.10 | Hours | $3,300.50 |

Billing Summary

| Total Professional Services | | $5,874.50 |
|---|---|---|
| Total of New Charges for this Invoice | | $5,874.50 |
| | | |
| Total Balance Now Due | | **$5,874.50** |

### PAYMENT DUE UPON RECEIPT

| BH | 5.20 | 5.20 | 495.00 | $2,574.00 |
|----|------|------|--------|-----------|
| TLS | 16.10 | 16.10 | 205.00 | $3,300.50 |
| JWB | 21.30 | 21.30 | | $5,874.50 |

L8

# Heslin Rothenberg Farley & Mesiti P.C.

5 Columbia Circle
Albany, NY 12203
Telephone (518) 452-5600
Federal I.D. 14-1680097

November 18, 2022

| | | |
|---|---|---|
| Invoice # | 356460 | JWB |
| Our File # | 3768-123 | |
| Billing Through | 10/31/2022 | |

Medartis, Inc.
1195 Polk Drive
Warsaw, IN 46582

**Extremity Medical, LLC Asserting Patent Infringement of U.S. Patent No. 8,303,589**

PROFESSIONAL SERVICES

| | |
|---|---|
| 09/07/2022 | Receive and review Order from Court granting stay; email R. Schlotterback regarding same; update Zimmer counsel accordingly. |
| 09/08/2022 | Receive and review Notice from Court regarding judge assignment. |
| 09/15/2022 | Email M. Zinna, Esq.; follow up regarding Settlement. |
| 10/18/2022 | Follow up with M. Zinna, Esq.; receive and review email from same; forward to R. Schlotterback; receive and review email from D. Lindenbaum, Esq. regarding motion to amend; research standard for amendment; research whether its proper to add functional limitations; discuss strategy in response to motion to amend with N. Mesiti, Esq. |

FEES

| | | | |
|---|---|---|---|
| Partner | 3.10 | Hours | $1,534.50 |

Billing Summary

| | |
|---|---|
| Total Professional Services | $1,534.50 |
| Total of New Charges for this Invoice | $1,534.50 |
| | |
| **Total Balance Now Due** | **$1,534.50** |

PAYMENT DUE UPON RECEIPT

# Heslin Rothenberg Farley & Mesiti P.C.

5 Columbia Circle
Albany, NY 12203
Telephone (518)
Federal I.D. 14-1680097

November 02, 2022

608,622

| | | |
|---|---|---|
| Invoice # | 0 | JWB |
| Our File # | 3768-123 | |
| Billing Through | 10/31/2022 | |

Medartis, Inc.
1195 Polk Drive
Warsaw, IN 46582

**Extremity Medical, LLC Asserting Patent Infringement of U.S. Patent No. 8,303,589**

PROFESSIONAL SERVICES

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/07/2022 | | Receive and review Order from Court granting stay; email R. Schlotterback regarding same; update Zimmer counsel accordingly. | | | | |
| Bill | BH | 09/07/2022 | 0.30 | 0.30 | 495.00 | $148.50 |
| 09/08/2022 | | Receive and review Notice from Court regarding judge assignment. | | | | |
| Bill | BH | 09/08/2022 | 0.10 | 0.10 | 495.00 | $49.50 |
| 09/15/2022 | | Email M. Zinna, Esq.; follow up regarding Settlement. | | | | |
| Bill | BH | 09/15/2022 | 0.20 | 0.20 | 495.00 | $99.00 |
| 10/18/2022 | | Follow up with M. Zinna, Esq.; receive and review email from same; forward to R. Schlotterback; receive and review email from D. Lindenbaum, Esq. regarding motion to amend; research standard for amendment; research whether its proper to add functional limitations; discuss strategy in response to motion to amend with N. Mesiti, Esq. | | | | |
| Bill | BH | 10/18/2022 | 2.50 | 2.50 | 495.00 | $1,237.50 |

FEES

| | | | | |
|---|---|---|---|---|
| Partner | | 3.10 | Hours | $1,534.50 |

Billing Summary

| | |
|---|---|
| Total Professional Services | $1,534.50 |
| Total of New Charges for this Invoice | $1,534.50 |
| | |
| Total Balance Now Due | **$1,534.50** |

PAYMENT DUE UPON RECEIPT

| | | | | |
|---|---|---|---|---|
| BH | 3.10 | 3.10 | 495.00 | $1,534.50 |
| JWB | 3.10 | 3.10 | | $1,534.50 |

L9

# Heslin Rothenberg Farley & Mesiti P.C.

5 Columbia Circle
Albany, NY  12203
Telephone (518) 452-5600
Federal I.D. 14-1680097

October 03, 2023

|  |  |  |
|---|---|---|
| Invoice # | 370665 | JWB |
| Our File # | 3768-123IPR | |
| Billing Through | 09/30/2023 | |

Medartis, Inc.
1195 Polk Drive
Warsaw, IN  46582

**PTAB Inter Partes Review**

PROFESSIONAL SERVICES

09/28/2023          Receive and review proposed joint status report; consider strategy regarding
                          attorney's fees motion; receive and review emails regarding same; review prior
                          attorney fee declarations; consider prior attorney work performed after patentees
                          first cease and desist letter.

FEES
Partner                                                        1.00      Hours                        $580.00

Billing Summary

| | |
|---|---|
| Total Professional Services | $580.00 |
| Total of New Charges for this Invoice | $580.00 |
| | |
| Total Balance Now Due | **$580.00** |

PAYMENT DUE UPON RECEIPT

# Heslin Rothenberg Farley & Mesiti P.C.

5 Columbia Circle
Albany, NY  12203
Telephone (518)
Federal I.D. 14-1680097

October 03, 2023

637,117

| | | |
|---|---|---|
| Invoice # | 0 | JWB |
| Our File # | 3768-123IPR | |
| Billing Through | 09/30/2023 | |

Medartis, Inc.
1195 Polk Drive
Warsaw, IN  46582

**PTAB Inter Partes Review**

*Revise*

<u>PROFESSIONAL SERVICES</u>

| 09/28/2023 | | Receive and review proposed joint status report; consider strategy regarding attorney's fees motion; receive and review emails regarding same; review prior attorney fee declarations; consider prior attorney work performed after patentees first cease and desist letter. | | | | | |
|---|---|---|---|---|---|---|---|
| Bill | NM | 09/28/2023 | | 1.00 | 1.00 | 580.00 | $580 |
| 09/28/2023 | | Researching whether case law has changed with respect to recovery of attorney's fees for work performed during an IPR proceeding. | | | | | |
| Bill | JMG | 09/28/2023 | | 0.40 | 0.40 | 180.00 | $7 |

<u>FEES</u>

| | | | |
|---|---|---|---|
| Partner | 1.00 | Hours | $580 |
| Associate | 0.40 | Hours | $72 |

<u>Billing Summary</u>

| | |
|---|---|
| Total Professional Services | $652.00 |
| Total of New Charges for this Invoice | $652.00 |
| | |
| Total Balance Now Due | **$652.00** |

PAYMENT DUE UPON RECEIPT

| | | | | |
|---|---|---|---|---|
| JMG | 0.40 | 0.40 | 180.00 | $72.00 |
| NM | 1.00 | 1.00 | 580.00 | $580.00 |
| JWB | 1.40 | 1.40 | | $652.00 |

L10

# Heslin Rothenberg Farley & Mesiti P.C.

5 Columbia Circle
Albany, NY 12203
Telephone (518) 452-5600
Federal I.D. 14-1680097

October 24, 2023

639352

Invoice #    0              JWB
Our File #    3768-123
Billing Through   10/24/2023

Medartis, Inc.
1195 Polk Drive
Warsaw, IN  46582

**Extremity Medical, LLC Asserting Patent Infringement of U.S. Patent No. 8,303,589**

PROFESSIONAL SERVICES

| | | | | | | |
|---|---|---|---|---|---|---|
| Bill | | BH | 10/02/2023 | 2.40 | 2.40 | 500.00 | 1,200.00 |
| 10/02/2023 | BH | Begin outlining/drafting brief in support of attorneys' fees. | | | 2.40 hrs. | 1,200.00 |
| Bill | | BH | 10/03/2023 | 4.30 | 4.30 | 500.00 | 2,150.00 |
| 10/03/2023 | BH | Continue revising/drafting Memorandum for Attorneys' Fees; prepare Declaration in Support of Attorneys' Fees motion. | | | 4.30 hrs. | 2,150.00 |
| Bill | | BH | 10/04/2023 | 1.70 | 1.70 | 500.00 | 850.00 |
| 10/04/2023 | BH | Continue drafting Memorandum in Support of Attorneys' Fees, Declaration, and reviewing case law. | | | 1.70 hrs. | 850.00 |
| Bill | | BH | 10/05/2023 | 2.60 | 2.60 | 500.00 | 1,300.00 |
| 10/05/2023 | BH | Continue drafting/revising Memorandum in Support of Attorneys' Fees; discuss research with J. Goldsmith, Esq.; receive and review approval of Joint Status Report for D. Lindenbaum, Esq.; finalize and forward same to B. Farnan, Esq. for filing. | | | 2.60 hrs. | 1,300.00 |
| Bill | | JMG | 10/05/2023 | 0.60 | 0.60 | 180.00 | 108.00 |
| 10/05/2023 | JMG | Reviewing file and arguments being made in favor of attorney fee award. | | | 0.60 hrs. | 108.00 |
| Bill | | JMG | 10/06/2023 | 3.00 | 3.00 | 180.00 | 540.00 |
| 10/06/2023 | JMG | Researching awards of attorney fees for work performed during district court litigation and for work performed in IPR proceeding. | | | 3.00 hrs. | 540.00 |
| Bill | | JMG | 10/08/2023 | 1.90 | 1.90 | 180.00 | 342.00 |
| 10/08/2023 | JMG | Researching awards of attorneys fees for work performed prior to district court litigation, during district court litigation, and during IPR proceeding. | | | 1.90 hrs. | 342.00 |

3768        Medartis, Inc.                        Invoice #0                    Page  2

| Bill | | JMG | 10/09/2023 | 3.40 | 3.40 | 180.00 | 612.00 |
|---|---|---|---|---|---|---|---|

| 10/09/2023 | JMG | Researching awards of attorneys fees for work performed prior to district court litigation and during IPR proceeding. | | | 3.40 hrs. | 612.00 |
|---|---|---|---|---|---|---|

| Bill | | BH | 10/10/2023 | 0.70 | 0.70 | 500.00 | 350.00 |
|---|---|---|---|---|---|---|---|

| 10/10/2023 | BH | Continue drafting/revising attorneys' fee memorandum of law. | 0.70 hrs. | 350.00 |
|---|---|---|---|---|

| Bill | | BH | 10/13/2023 | 1.30 | 1.30 | 500.00 | 650.00 |
|---|---|---|---|---|---|---|---|

| 10/13/2023 | BH | Revise Declaration and gather exhibits to same; revised brief. | 1.30 hrs. | 650.00 |
|---|---|---|---|---|

| Bill | | BH | 10/16/2023 | 0.40 | 0.40 | 500.00 | 200.00 |
|---|---|---|---|---|---|---|---|

| 10/16/2023 | BH | Receive and review email from D. Sticher regarding status of dismissal; email local counsel regarding same; receive and review email from local counsel and update client regarding same. | 0.40 hrs. | 200.00 |
|---|---|---|---|---|

| Bill | | BH | 10/16/2023 | 1.30 | 1.30 | 500.00 | 650.00 |
|---|---|---|---|---|---|---|---|

| 10/16/2023 | BH | Continue revising Brief and Declaration in Support of Attorneys' Fees. | 1.30 hrs. | 650.00 |
|---|---|---|---|---|

| Bill | | BH | 10/17/2023 | 2.80 | 2.80 | 500.00 | 1,400.00 |
|---|---|---|---|---|---|---|---|

| 10/17/2023 | BH | Continue revising Declaration and Exhibits. | 2.80 hrs. | 1,400.00 |
|---|---|---|---|---|

| Bill | | BH | 10/18/2023 | 1.10 | 1.10 | 500.00 | 550.00 |
|---|---|---|---|---|---|---|---|

| 10/18/2023 | BH | Continue revising brief and declaration to support expenses with notations and case law. | 1.10 hrs. | 550.00 |
|---|---|---|---|---|

| Bill | | BH | 10/19/2023 | 1.40 | 1.40 | 500.00 | 700.00 |
|---|---|---|---|---|---|---|---|

| 10/19/2023 | BH | Revised brief for attorneys' fees. | 1.40 hrs. | 700.00 |
|---|---|---|---|---|

| Bill | | BH | 10/23/2023 | 0.50 | 0.50 | 500.00 | 250.00 |
|---|---|---|---|---|---|---|---|

| 10/23/2023 | BH | Receive and review Notification of Dismissal with prejudice of case; email to Nextremity; email opposing counsel regarding meeting and confirm on attorneys' fees. | 0.50 hrs. | 250.00 |
|---|---|---|---|---|

**FEES**

| | | | | | |
|---|---|---|---|---|---|
| Partner | | 20.50 | Hours | | $10,250.00 |
| Associate | | 8.90 | Hours | | $1,602.00 |

| BH | 20.50 | 20.50 | 500.00 | $10,250.00 |
|---|---|---|---|---|
| JMG | 8.90 | 8.90 | 180.00 | $1,602.00 |
| JWB | 29.40 | 29.40 | | $11,852.00 |

**Billing Summary**

| | |
|---|---|
| Total Professional Services | $11,852.00 |
| Total Expenses Incurred | $0.00 |
| Total of New Charges for this Invoice | $11,852.00 |

3768          Medartis, Inc.                          Invoice #0                      Page  3

Total Balance Now Due                                          $11,852.00

*Prepaid Cash Remaining Balance is          $0.00
**Trust Account Remaining Balance is         $0.00

PAYMENT DUE UPON RECEIPT

Prebill Number: 639352

Billing Timekeeper: JWB    Boger, John W
Client: 3768    Medartis, Inc.
Matter: 123    Extremity Medical, LLC Asserti

Bill Format: BF36    Detail Format Litigation
Begin Date: 07/01/1988    End Date: 10/24/2023

Date of Last Bill: 10/03/2023
Date of Last Statement: 01/01/1900
Date of Last Payment: 12/14/2022
Amount of Last Payment: $1,534.50

A/R Aging:

| | |
|---|---|
| 0 - 30 | $1,300.00 |
| 31 - 60 | $0.00 |
| 61 - 90 | $0.00 |
| 91 - 120 | $0.00 |
| 121 & up | $0.00 |

**Action to be Taken:**

[ ] None
[ ] Full Detail (Fees and Expenses)
[ ] Expenses Only (Hold Fees)
[ ] Summary Bill (Summarize Fees and Expenses)
[ ] Summary with Expense (Summarize Fees, Detail Expenses)

123    Extremity Medical, LLC Asserti

| Fees | YTD | ITD |
|---|---|---|
| | $1,300.00 | $32,549.00 |

| Expenses | YTD | ITD |
|---|---|---|
| | $0.00 | $41,549.70 |