# EXHIBIT M

# M1

***FARNAN LLP***
919 North Market Street
12th Floor
Wilmington, DE 19801

Ph:302-777-0300     Fax:302-777-0301

Brett M. Hutton                                                                                         April 6, 2022
Heslin Rothenberg Farley Mesiti

|  |  | File #: | NEX-EXT |
|---|---|---|---|
|  |  | Inv #: | 23289 |

**RE:** Extremity, LLC v. Nextremity Solutions, Inc.

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Mar-09-22 | Call with co-counsel re extension and IPR | 0.10 | 85.00 | BEF |
| Mar-10-22 | E-mails with co-counsel re: extension; revise stipulation re: same | 0.30 | 232.50 | MJF |
|  | Draft Stip to Extend Time and Pro Hac Motion | 0.40 | 116.00 | TMF |
| Mar-11-22 | E-mails re pro hac motion | 0.10 | 85.00 | BEF |
|  | Respond to e-mail from co-counsel re claim construction and e-mails re extension stipulation | 0.10 | 85.00 | BEF |
|  | File Pro Hac, Pay Fees, Draft e-noticing forms | 0.20 | 58.00 | TMF |
|  | File Stip to Extend Time re Resp to Complaint | 0.10 | 29.00 | TMF |
| Mar-16-22 | Review Order assigning case and e-mail to co-counsel re same | 0.10 | 85.00 | BEF |
|  | Review Order re vacant judgeship, send co-counsel same, and calendar deadline for filing consent | 0.10 | 85.00 | BEF |
| Mar-17-22 | Review Order approving extension and send co-counsel same | 0.10 | 85.00 | BEF |
| Mar-21-22 | E-mails with co-counsel re: stays and magistrate consent | 0.20 | 155.00 | MJF |

|   |   |   | 1.80 | $1,100.50 |
|---|---|---|---|---|
|   | Totals |   |   |   |

## SUMMARY

| ATTORNEY | HOURS | RATE | TOTAL |
|---|---|---|---|
| BEF | 0.60 | $850.00 | $510.00 |
| MJF | 0.50 | $775.00 | $387.50 |
| TMF | 0.70 | $290.00 | $203.00 |

## DISBURSEMENTS

| Mar-31-22 | Filing Fee - Pro Hacs - 3/11 | 50.00 |
|---|---|---|
|   | Totals | $50.00 |
|   | **Total Fee & Disbursements** | **$1,150.50** |
|   | **Balance Now Due** | **$1,150.50** |

TAX ID Number     27-3124813

# M2

## FARNAN LLP
919 North Market Street
12th Floor
Wilmington, DE 19801

Ph:302-777-0300          Fax:302-777-0301

Brett M. Hutton                                                                 May 6, 2022
Heslin Rothenberg Farley Mesiti

File #:    NEX-EXT
Inv #:     23417

RE:     Extremity, LLC v. Nextremity Solutions, Inc.

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Apr-18-22 | Brief review of counterclaims | 0.10 | 85.00 | BEF |
|  | E-mail reminder the response to the complaint is due today | 0.10 | 77.50 | MJF |
|  | Review, edit, and serve answer to complaint; e-mails with co-counsel re: same | 0.50 | 387.50 | MJF |
|  | Finalize and File Answer and Counterclaims | 0.20 | 58.00 | TMF |
| Apr-20-22 | Find and send sample scheduling order; e-mails with co-counsel re: same | 0.30 | 232.50 | MJF |
| Apr-26-22 | Review magistrate form and review Order assigning case to Judge Fallon for discovery and scheduling | 0.10 | 85.00 | BEF |
|  | Review and approve magistrate consent; e-mails re: same | 0.20 | 155.00 | MJF |
| Apr-27-22 | Review Order re 26(f) conference and scheduling conference and calendar deadlines | 0.10 | 85.00 | BEF |
| Apr-30-22 | Review Plaintiff's proposed scheduling order | 0.20 | 170.00 | BEF |
|  | Totals | 1.80 | $1,335.50 |  |

**SUMMARY**

| ATTORNEY | HOURS | RATE | TOTAL |
|---|---|---|---|
| BEF | 0.50 | $850.00 | $425.00 |
| MJF | 1.10 | $775.00 | $852.50 |
| TMF | 0.20 | $290.00 | $58.00 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$1,335.50** |
| Previous Balance | 1,150.50 |
| **Balance Now Due** | **$2,486.00** |

TAX ID Number    27-3124813

# M3

## FARNAN LLP
919 North Market Street
12th Floor
Wilmington, DE 19801

Ph:302-777-0300    Fax:302-777-0301

Brett M. Hutton    June 7, 2022
Heslin Rothenberg Farley Mesiti

File #:  NEX-EXT
Inv #:  23583

RE:    Extremity, LLC v. Nextremity Solutions, Inc.

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| May-02-22 | Review proposed schedule and attend Rule 16 meet and confer | 0.50 | 387.50 | MJF |
| May-09-22 | Review Plaintiff's reply to counterclaim | 0.10 | 85.00 | BEF |
| May-11-22 | Review revisions to proposed scheduling order | 0.10 | 85.00 | BEF |
|  | Review proposed schedule and e-mail with co-counsel re: edits | 0.30 | 232.50 | MJF |
| May-25-22 | Review e-mails re scheduling order and revision | 0.10 | 85.00 | BEF |
| | Totals | 1.10 | $875.00 | |

**SUMMARY**

| ATTORNEY | HOURS | RATE | TOTAL |
|---|---|---|---|
| BEF | 0.30 | $850.00 | $255.00 |
| MJF | 0.80 | $775.00 | $620.00 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$875.00** |
| Previous Balance | 2,486.00 |
| Previous Payments | 2,486.00 |

Invoice #:   23583    June 7, 2022

**Balance Now Due**                                      $875.00

TAX ID Number    27-3124813

# M4

# *FARNAN LLP*

919 North Market Street
12th Floor
Wilmington, DE 19801

Ph:302-777-0300               Fax:302-777-0301

Brett M. Hutton                                                            July 7, 2022
Heslin Rothenberg Farley Mesiti

|  |  |
|---|---|
| File #: | NEX-EXT |
| Inv #: | 23721 |

RE: Extremity, LLC v. Nextremity Solutions, Inc.

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jun-02-22 | Review Plaintiff's revisions to scheduling order | 0.10 | 85.00 | BEF |
|  | Review response to Plaintiff re scheduling order and infringement contentions | 0.10 | 85.00 | BEF |
| Jun-06-22 | Review Order rescheduling scheduling conference and setting deadline for scheduling order | 0.10 | 85.00 | BEF |
| Jun-15-22 | Review revised scheduling order and e-mails re same | 0.10 | 85.00 | BEF |
|  | Call with co-counsel re Plaintiff's edits to scheduling order | 0.10 | 85.00 | BEF |
|  | Review Plaintiff's letter to Court re scheduling order and conference | 0.10 | 85.00 | BEF |
| Jun-16-22 | Update calendars with scheduling order dates; e-mails re: December status conference | 0.60 | 465.00 | MJF |
|  | Totals | 1.20 | $975.00 |  |

**SUMMARY**

| ATTORNEY | HOURS | RATE | TOTAL |
|---|---|---|---|
| BEF | 0.60 | $850.00 | $510.00 |

| | | | |
|---|---|---|---|
| | MJF | 0.60 | $775.00 | $465.00 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$975.00** |
| Previous Balance | 875.00 |
| Previous Payments | 875.00 |
| **Balance Now Due** | **$975.00** |

TAX ID Number    27-3124813

# M5

## FARNAN LLP
919 North Market Street
12th Floor
Wilmington, DE 19801

Ph:302-777-0300   Fax:302-777-0301

Brett M. Hutton   August 4, 2022
Heslin Rothenberg Farley Mesiti

File #:   NEX-EXT
Inv #:   23874

RE:   Extremity, LLC v. Nextremity Solutions, Inc.

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jul-01-22 | E-mail reminder rule 26 disclosures are due today | 0.10 | 77.50 | MJF |
|  | Review and serve NOS for initial disclosures | 0.20 | 155.00 | MJF |
|  | Draft and File NOS of Rule 26 Disclosures | 0.20 | 58.00 | TMF |
| Jul-11-22 | Edit and serve Rule 7.1 disclosure; e-mails with co-counsel re: same | 0.40 | 310.00 | MJF |
|  | Finalize and File 7.1 Disclosure Statement | 0.20 | 58.00 | TMF |
| Jul-18-22 | Brief review of draft protective order | 0.20 | 170.00 | BEF |
|  | Review e-mails extending protective order and paragraph 3 deadlines and calendar new deadlines | 0.10 | 85.00 | BEF |
|  | E-mail reminder paragraph 3 and PO are due today | 0.10 | 77.50 | MJF |
|  | Find and send sample paragraph 3 disclosures | 0.20 | 155.00 | MJF |
|  | Review and edit draft PO | 0.50 | 387.50 | MJF |
|  | Review, edit, and approve stipulation to extend time to file PO | 0.20 | 155.00 | MJF |

| Date | Description | Hours | Amount | Attorney |
|---|---|---|---|---|
| Jul-22-22 | Respond to e-mail from co-counsel re Plaintiff's failure to identify accused products | 0.10 | 85.00 | BEF |
| | Review Plaintiff's disclosure of accused products | 0.10 | 85.00 | BEF |
| Jul-25-22 | Review draft paragraph 3 disclosures and e-mail to co-counsel re same | 0.20 | 170.00 | BEF |
| | Review Plaintiff's edits to draft protective order | 0.20 | 170.00 | BEF |
| | Serve Paragraph 3 disclosures | 0.10 | 85.00 | BEF |
| | Review Plaintiff's Paragraph 3 Disclosures | 0.10 | 85.00 | BEF |
| | E-mail with co-counsel re: Bates stamping documents | 0.10 | 77.50 | MJF |
| | Review and sign off on edits to the protective order | 0.40 | 310.00 | MJF |
| | Draft NOS and COS for Para 3 disclosures, File Notice | 0.20 | 58.00 | TMF |
| | Totals | 3.90 | $2,814.00 | |

### SUMMARY

| ATTORNEY | HOURS | RATE | TOTAL |
|---|---|---|---|
| BEF | 1.10 | $850.00 | $935.00 |
| MJF | 2.20 | $775.00 | $1,705.00 |
| TMF | 0.60 | $290.00 | $174.00 |

**Total Fee & Disbursements**         $2,814.00
Previous Balance                                    975.00

**Balance Now Due**                          $3,789.00

TAX ID Number    27-3124813

# M6

## FARNAN LLP
919 North Market Street
12th Floor
Wilmington, DE 19801

Ph:302-777-0300    Fax:302-777-0301

Brett M. Hutton    September 8, 2022
Heslin Rothenberg Farley Mesiti

File #:    NEX-EXT
Inv #:    24000

RE:    Extremity, LLC v. Nextremity Solutions, Inc.

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Aug-17-22 | Review draft 4(b) disclosure and e-mails re same | 0.10 | 85.00 | BEF |
| | E-mail reminder to co-counsel re: core technical documents due | 0.10 | 77.50 | MJF |
| Aug-22-22 | E-mails re core document production | 0.10 | 85.00 | BEF |
| | Review draft stay stipulation | 0.10 | 85.00 | BEF |
| | E-mails with co-counsel re: core technical documents; review and serve | 0.50 | 387.50 | MJF |
| | Review stipulation to stay; e-mails with co-counsel re: same | 0.30 | 232.50 | MJF |
| | Draft NOS and COS for Para 4 disclosures, File Notice | 0.20 | 58.00 | TMF |
| Aug-23-22 | E-mails with counsel re: filing stipulation to stay | 0.20 | 155.00 | MJF |
| Aug-25-22 | Follow-up e-mails re: stipulation to stay | 0.20 | 155.00 | MJF |
| Aug-30-22 | E-mails with counsel re: stipulation to stay; serve same | 0.30 | 232.50 | MJF |
| | File Stip to Stay re IPR | 0.10 | 29.00 | TMF |

|       |      |          |            |
|-------|------|----------|------------|
| Totals |     | 2.20     | $1,582.00  |

**SUMMARY**

| ATTORNEY | HOURS | RATE | TOTAL |
|----------|-------|------|-------|
| BEF | 0.30 | $850.00 | $255.00 |
| MJF | 1.60 | $775.00 | $1,240.00 |
| TMF | 0.30 | $290.00 | $87.00 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$1,582.00** |
| Previous Balance | 3,789.00 |
| Previous Payments | 3,789.00 |
| **Balance Now Due** | **$1,582.00** |

TAX ID Number    27-3124813