# EXHIBIT N

UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE PATENT TRIAL AND APPEAL BOARD

---

NEXTREMITY SOLUTIONS, INC.,            )
ZIMMER BIOMET HOLDINGS, INC.,          )
AND ZIMMER, INC.,                      )
                                       )
                                       )
        Petitioner,                    )
                                       )
                                       )
VS.                                    )   IPR2022-00802
                                       )
                                       )
                                       )
EXTREMITY MEDICAL, LLC,                )
                                       )
                                       )
        Patent Owner.                  )

---

DEPOSITION
OF
PROF. TROY D. DREWRY
JANUARY 27, 2023

1  The deposition of PROF. TROY D. DREWRY is taken
2  on this, the 27th day of January, 2023, on behalf of the
3  Patent Owner, pursuant to notice and consent of counsel,
4  beginning at approximately 9:04 a.m. at the Home2 Suites
5  by Hilton, Conference Room, Oxford, Mississippi.
6  This deposition is taken pursuant to the terms
7  and provisions of the Federal Rules of Civil Procedure.
8  All forms and formalities, including the
9  signature of the witness, are waived, and all objections
10 are reserved, except as to form of the question, to be
11 disposed of at or before the hearing.

```
                                                        Page 3
 1    A P P E A R A N C E S
 2
 3    FOR THE PETITIONER:
 4         BRETT M. HUTTON, ESQ.
           Heslin, Rothenberg, Farley & Mesiti, P.C.
 5         5 Columbia Circle
           Albany, New York 12203
 6         518-452-5600
           brett.hutton@hrfmlaw.com
 7         sandra.mills@hrfmlaw.com
 8
      FOR THE PATENT OWNER:
 9
           DAVID LINDENBAUM, ESQ.
10         Kelley, Drye & Warren, LLP
           3 World Trade Center, 66th Floor
11         New York, New York 10007
           212-808-7513
12         dlindenbaum@kelleydrye.com
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1  Q. And out of those 50 times, how many times has
2  your declaration or expert -- expert report been
3  challenged in court?
4      MR. LINDENBAUM: Object to the form.
5  A. I really don't know.
6  BY MR. HUTTON:
7  Q. Okay. And how -- how much are you being
8  compensated for this matter?
9  A. I think it's my standard consulting rate. I
10 believe it's $450 an hour --
11 Q. Okay.
12 A. -- for the --
13 Q. And you -- you teach at the -- it's Ole Miss,
14 right?
15 A. It is.
16 Q. You teach at Ole Miss three courses.
17 Do you -- do you use any textbooks for any of these
18 classrooms -- or for -- do you use any textbooks for these
19 classes?
20 A. For this -- for the senior I do and the -- the
21 introduction, the freshman course, I do not.
22 Q. Okay. The senior being the two senior --
23 A. Yeah. The -- the --
24 Q. -- design courses?
25 A. I'm sorry. Yes. BME 461 and BME 462 are the