# EXHIBIT P

MB Innovations, Inc.
516 Tennessee St, Suite 215
Memphis, TN  38103 US
901-359-1014
mikesherman901@gmail.com
www.mbi-memphis.com

# Invoice



**MB INNOVATIONS**
Research · Design · Development

**BILL TO**
Nextremity Solutions LLC
c/o Brett M. Hutton, Partner
Heslin Rothenberg Farley & Mesiti PC
5 Columbia Circle
Albany, NY  12203

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1737 | 03/31/2022 | $11,750.00 | 04/30/2022 | Net 30 | |

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Consulting | Matter:  Tyber Patent IPR:<br><br>Expert Consulting Services:  Moskowitz v Globus<br><br>Detail of March services attached<br><br>For your convenience and ours, our preference is to be paid by ACH if possible. MBI's account is at First Horizon:<br>ABA#  084 0000 26<br>Acct#  185 677 318 | 23.50 | 500.00 | 11,750.00 |

BALANCE DUE     $11,750.00

Thank you for your business.  It's a pleasure working with you.

March detail of services rendered:

# Expert Services related to IPR v Extremity (Tyber) patent

**MS:**

| Date | Description | Hours |
|---|---|---|
| 3/4/22 | Call w/ Brett and reviewed asserted claim | 0.5 hrs MS |
| 3/6/22 | Begin reviewing asserted patent & references | 0.5 hrs MS |
| 3/7/22 | Read asserted patent '589 | 0.75 hrs MS |
| 3/9/22 | Revisit claim 59, call w/ Brett, read prior art: Marcus, Matthews & Chandran | 3.0 hrs MS |
| 3/12/22 | Begin editing draft declaration & additional prior art investigation | 3.25 hrs MS |
| 3/14/22 | Continue reviewing & editing draft declaration. Brief call w/ Brett re Brumfield. Read Brumfield & Review '589 file history | 4.5 hrs MS |
| 3/15/22 | Complete draft declaration review & return to Brett | 0.75 hrs MS |
| 3/16/22 | Call w/ Brett to review comments on draft declaration | 0.5 hrs MS |
| 3/19/22 | Review, edit & return draft declaration to Brett Hutton | 2.25 hrs MS |
| 3/20/22 | Call w/ Brett to refine near-final edits | 0.5 hrs MS |
| 3/24/22 | Read Draft Petition, quick call w/ Brett, Review Claim Charts & begin reviewing near fine draft declaration | 3.75 hrs MS |
| 3/25/22 | Finish reviewing near final declaration | 1.25 hrs MS |
| 3/29/22 | Brief run through of latest draft declaration | 0.25 hrs MS |
| 3/30/22 | Final review of declaration | 1.5 hrs MS |
| 3/31/22 | Execute & return Declaration sig pg. | 0.25 hrs MS |

MB Innovations, Inc.
516 Tennessee St, Suite 215
Memphis, TN  38103 US
901-359-1014
mikesherman901@gmail.com
www.mbi-memphis.com

# Invoice



**MB INNOVATIONS**
Research · Design · Development

| BILL TO |
|---|
| Nextremity Solutions LLC |
| c/o Brett M. Hutton, Partner |
| Heslin Rothenberg Farley & Mesiti PC |
| 5 Columbia Circle |
| Albany, NY  12203 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1814 | 11/30/2022 | $3,000.00 | 12/30/2022 | Net 30 | |

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Consulting | Matter:  Tyber Patent IPR:<br>Expert Consulting Services:  8,303,589 IPR Tyber<br><br>Detail of November services attached<br><br>For your convenience and ours, our preference is to be paid by ACH if possible. MBI's account is at First Horizon:<br>ABA#  084 0000 26<br>Acct#  185 677 318 | 6 | 500.00 | 3,000.00 |

BALANCE DUE                                      **$3,000.00**

Thank you for your business.  It's a pleasure working with you.

**November detail of services rendered:**

## Expert Services related to IPR v Extremity (Tyber) patent

**MS:**

| | | |
|---|---|---|
| 11/1/22 | Review Declaration & Institution decision | 2.0 hrs MS |
| 11/17/22 | Review petitioners' response & Drewry decl & some prior are searching | 1.5 hrs MS |
| 11/29/22 | Call w/ Brett Hutton re response & prior searching | 2.5 hrs MS |

Case 1:22-cv-00239-GBW   Document 36-16   Filed 11/06/23   Page 5 of 17 PageID #: 582

# Invoice

MB Innovations, Inc.
516 Tennessee St, Suite 215
Memphis, TN  38103 US
901-359-1014
mikesherman901@gmail.com
www.mbi-memphis.com



MB INNOVATIONS
Research • Design • Development

**BILL TO**
Nextremity Solutions LLC
c/o Brett M. Hutton, Partner
Heslin Rothenberg Farley & Mesiti PC
5 Columbia Circle
Albany, NY  12203

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1826 | 12/30/2022 | $5,625.00 | 01/29/2023 | Net 30 | |

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Consulting | Matter:  Tyber Patent IPR:<br><br>Expert Consulting Services:  Moskowitz v Globus<br><br>Detail of December services attached<br><br>For your convenience and ours, our preference is to be paid by ACH if possible. MBI's account is at First Horizon:<br>ABA#  084 0000 26<br>Acct#  185 677 318 | 11.25 | 500.00 | 5,625.00 |

BALANCE DUE  $5,625.00

Thank you for your business.  It's a pleasure working with you.

December detail of services rendered:

## Expert Services related to IPR v Extremity (Tyber) patent

**MS**:

| | | |
|---|---|---|
| 12/2/22 | Next: Search the prior art and share w/ Brett | 3.0 hrs MS |
| 12/14/22 | Review first draft of opposition declaration and provide comments/edits | 4.75 hrs MS |
| 12/15/22 | Revisit 1st draft of opposition declaration, provide comments/edits to Bret | 2.5 hrs MS |
| 12/16/22 | Call w/ Brett H. to discuss declaration | 1.0 hrs MS |

# Invoice

**MB Innovations, Inc.**
516 Tennessee St, Suite 215
Memphis, TN 38103 US
901-359-1014
mikesherman901@gmail.com
www.mbi-memphis.com



**MB INNOVATIONS**
Research · Design · Development

| BILL TO |
|---|
| Nextremity Solutions LLC |
| c/o Brett M. Hutton, Partner |
| Heslin Rothenberg Farley & Mesiti PC |
| 5 Columbia Circle |
| Albany, NY 12203 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1837 | 01/31/2023 | $2,875.00 | 03/02/2023 | Net 30 | |

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Consulting | Matter: Tyber Patent IPR:<br><br>Expert Consulting Services: Moskowitz v Globus<br><br>Detail of January services attached<br><br>For your convenience and ours, our preference is to be paid by ACH if possible. MBI's account is at First Horizon:<br>ABA#  084 0000 26<br>Acct#  185 677 318 | 5.75 | 500.00 | 2,875.00 |

BALANCE DUE **$2,875.00**

Thank you for your business. It's a pleasure working with you.

## January detail of services rendered:

### Expert Services related to IPR of Extremity (Tyber) patent

**MS**:

| Date | Description | Hours |
|---|---|---|
| 1/16/23 | Begin reviewing notes | 0.25 hrs MS |
| 1/17/23 | Review Drewry dec & petition, '589 patent provisional & file history, generate some questions for Drewry | 2.5 hrs MS |
| 1/18/23 | Call with Brett Hutton re; Drewry Depo | 1.0 hrs MS |
| 1/30/23 | Brief call w/ Brett & begin reviewing current declaration draft & figs 3A & 3B | 1.5 hrs MS |
| 1/31/23 | Complete declaration draft review. DS: Update call re: reloader | 0.5 hrs MS |

**MB Innovations, Inc.**
516 Tennessee St, Suite 215
Memphis, TN  38103 US
901-359-1014
mikesherman901@gmail.com
www.mbi-memphis.com

# Invoice



**MB INNOVATIONS**
Research • Design • Development

| BILL TO |
|---|
| Nextremity Solutions LLC |
| c/o Brett M. Hutton, Partner |
| Heslin Rothenberg Farley & Mesiti PC |
| 5 Columbia Circle |
| Albany, NY  12203 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1848 | 02/28/2023 | $8,750.00 | 03/30/2023 | Net 30 | |

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **Consulting** | Matter:  Tyber Patent IPR:<br>Expert Consulting Services:  **Tyber IPR**<br><br>Detail of February services attached<br><br>For your convenience and ours, our preference is to be paid by ACH if possible. MBI's account is at First Horizon:<br>ABA#  084 0000 26<br>Acct#  185 677 318 | 17.50 | 500.00 | 8,750.00 |

BALANCE DUE  **$8,750.00**

Thank you for your business.  It's a pleasure working with you.

## February detail of services rendered:

## EXPERT SERVICES    RE: Tyber '589 IPR

| Date | Description | Hours |
|---|---|---|
| 2/2/23 | Review and comment on declaration redline document | 2.0 hrs MS |
| 2/3/23 | Call w/ Brett H re declaration & begin reading Drewry Depo | 3.0 hrs MS |
| 2/4/23 | Continue reading Drewry Depo | 1.75 hrs MS |
| 2/6/23 | Continue refining declaration | 4.0 hrs MS |
| 2/7/23 | Finalize and execute 2nd declaration | 2.0 hrs MS |
| 2/21/23 | Review 1st Declaration & begin rereading Jellico | 2.0 hrs MS |
| 2/22/23 | Finish review of Jellico and reread 2nd declaration | 2.0 hrs MS |
| 2/28/23 | Review PTAB Preliminary Guidance | 0.75 hrs MS |

# Invoice

MB Innovations, Inc.
516 Tennessee St, Suite 215
Memphis, TN  38103 US
901-359-1014
mikesherman901@gmail.com
www.mbi-memphis.com



MB INNOVATIONS
Research · Design · Development

| BILL TO |
| --- |
| Nextremity Solutions LLC |
| c/o Brett M. Hutton, Partner |
| Heslin Rothenberg Farley & Mesiti PC |
| 5 Columbia Circle |
| Albany, NY  12203 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
| --- | --- | --- | --- | --- | --- |
| 1864 | 03/31/2023 | $15,025.00 | 04/30/2023 | Net 30 | |

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| Consulting | Matter: Tyber Patent IPR:<br>Expert Consulting Services: Tyber '589 IPR | 30 | 500.00 | 15,000.00 |
| Reimbursement | hotel parking during deposition | 1 | 25.00 | 25.00 |
| | Detail of March services attached | | | |
| | For your convenience and ours, our preference is to be paid by ACH if possible. MBI's account is at First Horizon:<br>ABA#  084 0000 26<br>Acct#  185 677 318 | | | |

**BALANCE DUE** **$15,025.00**

Thank you for your business.  It's a pleasure working with you.

## March detail of services rendered:

**EXPERT SERVICES    RE:  Tyber '589 IPR**

| Date | Description | Hours |
|---|---|---|
| 3/3/23 | Review the Tyber patent & PTAB Guidance | 1.0 hrs MS |
| 3/9/23 | Brief review of documents provided by Brett | 0.5 hrs MS |
| 3/10/23 | Call w/ Brett H and review documents in prep for Depo | 3.5 hrs MS |
| 3/12/23 | Review docs (dec #2 & PTAB Prelim Guidance) in prep for Depo | 2.25 hrs MS |
| 3/13/23 | Review Dec #1 & PTAB Prelim Guidance in prep for Depo | 3.0 hrs MS |
| 3/14/23 | Prep for Depo w/ Brett | 4.0 hrs MS |
| 3/15/23 | Tyber '589 Deposition | 8.25 hrs MS |
| 3/23/23 | Review new motion to amend & Drewry declaration, search some prior art | 2.5 hrs MS |
| 3/24/23 | Prior art reviews & call w/ Brett H. | 1.0 hrs MS |
| 3/27/23 | Review of the 3/15 Depo and fill out errata | 2.5 hrs MS |
| 3/28/23 | Finish review of the 3/15 Depo and fill out errata | 1.5 hrs MS |

**MB Innovations, Inc.**
516 Tennessee St, Suite 215
Memphis, TN  38103 US
901-359-1014
mikesherman901@gmail.com
www.mbi-memphis.com

# Invoice



**MB INNOVATIONS**
Research · Design · Development

| BILL TO |
| --- |
| Nextremity Solutions LLC |
| c/o Brett M. Hutton, Partner |
| Heslin Rothenberg Farley & Mesiti PC |
| 5 Columbia Circle |
| Albany, NY  12203 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
| --- | --- | --- | --- | --- | --- |
| 1869 | 04/30/2023 | $20,600.00 | 05/30/2023 | Net 30 | |

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| Consulting | Matter: Tyber Patent IPR: | | | |
| | Expert Consulting Services: Tyber '589 IPR | 40 | 500.00 | 20,000.00 |
| Engineering | Engineering Services: Tyber '589 IPR | 2 | 300.00 | 600.00 |
| | Detail of April services attached | | | |
| | For your convenience and ours, our preference is to be paid by ACH if possible. MBI's account is at First Horizon: ABA#  084 0000 26 Acct#  185 677 318 | | | |

**BALANCE DUE** $20,600.00

Thank you for your business. It's a pleasure working with you.

**April detail of services rendered:**

**EXPERT SERVICES    RE:  Tyber '589 IPR**

| Date | Description | Hours |
|---|---|---|
| 4/3/23 | Call w/ Brett re: response to Claim 62 & searching | 1.0 hrs MS |
| 4/7/23 | Begin reviewing Declaration for motion to oppose claim 62 | 1.5 hrs MS |
| 4/10/23 | Finish review, comment & edit of opposition declaration | 5.5 hrs MS |
| 4/11/23 | Review Drewry depo, Initiate CB working on images | 1.25 hrs MS |
| 4/12/23 | Work w/ CB to refine images for declaration & Begin reviewing draft | 1.5 hrs MS |
| 4/13/23 | Finish reviewing draft dec & provide comments to & call w/ Brett H | 1.5 hrs MS |
| 4/14/23 | Review and comment on latest draft declaration | 0.75 hrs MS |
| 4/18/23 | Review final version of declaration | 4.0 hrs MS |
| 4/19/23 | Review, finalize and execute Declaration | 2.5 hrs MS |
| 4/21/23 | Call w/ Brett re: pending depo and revisiting docs | 1.5 hrs MS |
| 4/23/23 | Re-read 3/15 deposition | 2.5 hrs MS |
| 4/24/23 | Deposition preparation, review 4/19/23 declaration & call w/ Bret H | 5.5 hrs MS |
| 4/25/23 | Deposition preparation, review 4/19/23 declaration & call w/ Bret H | 4.5 hrs MS |
| 4/26/23 | Tyber '589 Deposition on Claim 62 | 6.5 hrs MS |

**ENGINEERING SERVICES    RE:  Tyber '589 IPR**

| Date | Description | Hours |
|---|---|---|
| 4/12/23 | Renderings for patent case (at the direction of MS) | 2.0 hrs CB |

**MB Innovations, Inc.**
516 Tennessee St, Suite 215
Memphis, TN 38103 US
901-359-1014
mikesherman901@gmail.com
www.mbi-memphis.com

# Invoice



**MB INNOVATIONS**
Research · Design · Development

**BILL TO**
Nextremity Solutions LLC
c/o Brett M. Hutton, Partner
Heslin Rothenberg Farley & Mesiti PC
5 Columbia Circle
Albany, NY 12203

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1879 | 05/30/2023 | $1,125.00 | 06/29/2023 | Net 30 | |

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Consulting | Matter: Tyber Patent IPR: Expert Consulting Services: Tyber '589 IPR | 2.25 | 500.00 | 1,125.00 |
| | Detail of May services attached | | | |
| | For your convenience and ours, our preference is to be paid by ACH if possible. MBI's account is at First Horizon: ABA# 084 0000 26 Acct# 185 677 318 | | | |

BALANCE DUE $1,125.00

Thank you for your business. It's a pleasure working with you.

**May detail of services rendered:**

**EXPERT SERVICES    RE: Tyber '589 IPR**

5/4/23          Read & sign Depo transcript              2.25 hrs MS